IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | CASE NUMBER: |
| Plaintiff, | ASSIGNED JUDGE: |
| v. | |
| ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation, | DESIGNATED MAGISTRATE JUDGE: |
| Defendants. | |

## NOTICE OF REMOVAL

NOW COMES Defendants, ALEXANDRU HORVAT and ROM TRUCKING, by and through its attorneys, Leahy, Eisenberg & Fraenkel, Ltd., and hereby submits this Notice of Removal in accordance with 28 USC § 1446, for removal of this action from the Circuit Court of the Sixth Judicial Circuit, Champaign County, Illinois to the United States District Court for the Central District of Illinois, Danville/Urbana Division, pursuant to 28 USC §§ 1446(a) and (b).  In support of this Notice of Removal, said Defendants state:

1. This Civil action was filed on December 14, 2006 in the Circuit Court of the Sixth Judicial Circuit, Champaign County, Illinois, as cause no. 06 L 271, and arises out of an automobile collision on December 11, 2006, in Champaign County, Illinois.

2. Upon information and belief, Plaintiff Steen Bjerre was, at all relevant times, including the time when this action was filed on December 14, 2006, a citizen of the State of Illinois.

3. Upon information and belief, Rita Billings-Bjerre, deceased, was, at all relevant times, a citizen of the State of Illinois.

4.	Defendant Alexandru Horvat was, at all relevant times, including the time when this action was filed, a citizen of the State of Missouri.

5.	Defendant ROM Trucking is a Missouri Fictitious Corporate Registration, with a principal place of business in the State of Missouri.

6.	The Summons and a copy of the Complaint were served upon Defendant Alexandru Horvat on December 14, 2006. Copies of the Complaint and Summons are attached and marked as "Exhibit 1."

7.	Defendants Alexandru Horvat and ROM Trucking seek to remove this case to the United States District Court for the Central District of Illinois, Danville/Urbana Division, based upon diversity of citizenship. 28 USC § 1332.

8.	Complete diversity of citizenship exists between the parties hereto.

9.	The Complaint at Law seeks damages in excess of the jurisdictional amount of $50,000, exclusive of interest and costs. Upon information and belief, the total damages sought exceed the sum or value of $75,000, exclusive of interest and costs.

WHEREFORE, Defendants, ALEXANDRU HORVAT and ROM TRUCKING, respectfully request that this Honorable Court effectuate the removal of this action from the Circuit Court of the Sixth Judicial Circuit, Champaign County, Illinois to the United States District Court for the Central District of Illinois, Danville/Urbana Division.

Respectfully submitted,

/s/ Edward J. Leahy
Edward J. Leahy        Bar No. 06194671

Attorneys for Defendants,
ALEXANDER HORVAT and ROM TRUCKING

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: ejl@lefltd.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Gerald P. Rodeen
146 N. Market Street, P.O. Box 48
Paxton, IL 60957

/s/ Edward J. Leahy
Edward J. Leahy    Bar No. 06194671

Attorneys for Defendants,
ALEXANDER HORVAT and ROM TRUCKING

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: ejl@lefltd.com

F:\Case\030301\12368\NOTICE OF REMOVAL.doc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | CASE NUMBER: |
| Plaintiff, | ASSIGNED JUDGE: |
| v. | |
| ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation, | DESIGNATED MAGISTRATE JUDGE: |
| Defendants. | |

### NOTICE OF FILING

TO:   Gerald P. Rodeen
      146 N. Market Street, P.O. Box 48
      Paxton, IL 60957

**I HEREBY CERTIFY** that on January 11, 2007, I electronically filed the foregoing, **Notice of Removal of Case No. 06-L-271 from the Circuit Court for the Sixth Judicial District of Illinois Urbana, Champaign County to the U.S. District Court for the Central District of Illinois, Urbana Division with Exhibits 1A) State Court Complaint and 1B) State Court Summons**, with the Clerk of the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first-class U.S. Mail, with proper postage prepaid and affixed thereon, on January 11, 2007.

/s/ Edward J. Leahy
Edward J. Leahy     Bar No. 06194671

Attorneys for Defendants,
ALEXANDER HORVAT and ROM TRUCKING

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: ejl@lefltd.com

F:\Case\030301\12368\NOF-NOTICE OF REMOVAL.doc

# EXHIBIT 1A

FROM :JJDORE                FAX NO. :847-938-9689           Dec. 27 2006 05:20PM  P2
                                                                          Page 2
DEC 20,2006 10:28                14178688957



IN THE CIRCUIT COURT
FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS
URBANA, CHAMPAIGN COUNTY, ILLINOIS

DEC 14 2006

Linda S. Franks
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY ILLINOIS

| | | |
|---|---|---|
| STEEN BJERRE, individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | ) ) ) ) ) ) | |
| Plaintiff | ) ) | No. 06-L-271 |
| vs. | ) ) | |
| ALEXANDRU HORVAT and ROM TRUCKING, a Missouri Corporation, | ) ) ) | |
| Defendant | ) | |

## COMPLAINT

### COUNT I

Now comes the Plaintiff, Steen Bjerre, individually and as Independent Administrator of The Estate of Rita Billings-Bjerre, Deceased, by his attorney, Gerald P. Rodeen, of Dilks, Rodeen & Gibson, Ltd., and for his claim against the Defendant, Alexandru Horvat, states as follows:

1. That on or about December 11, 2006, the Defendant, Alexandru Horvat, owned, operated, maintained and controlled a 1999 Volvo semi-tractor and trailer traveling eastbound on Olympian Drive at its intersection with Market Street in Champaign, Illinois.

2. That on or about December 11, 2006, the Plaintiff's decedent, Rita Billings-Bjerre was the driver of an automobile traveling northbound on Market Street at its intersection with Olympian Drive in Champaign, Illinois.

3. That at said time and place, Plaintiff, Alexandru Horvat, drove his vehicle into the intersection, striking the vehicle being driven by Plaintiff's decedent, Rita Billings-Bjerre, causing serious damage to her vehicle and, ultimately, the death of Rita Billings-Bjerre.

4. That at that time and place, Alexandru Horvat owed a duty of ordinary care for the safety of all persons traveling on the roadway, including Plaintiff's decedent, Rita Billings-Bjerre.

1

5.  That notwithstanding Alexandru Horvat's duty of ordinary care, he carelessly and negligently did one or more of the following acts or omissions in breach of the aforesaid duty:

   a. Operated his motor vehicle without keeping a proper and sufficient lookout.
   b. Failed to yield to oncoming traffic at a stop sign, in violation of 625 ILCS 5/11-305.
   c. Failed to reduce his speed in order to avoid an accident in violation of 625 ILCS 5/11-601(a).
   d. Drove his vehicle in a manner which endangered the safety of other people and their property, in violation of 625 ILCS 5/11-601(a).
   e. Failed to make timely application of his brakes, when, by so doing, he could have avoided the collision.
   f. Otherwise negligently owned, operated and controlled said motor vehicle.

6.  As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Alexandru Horvat, Plaintiff's decedent suffered injuries to her person which ultimately resulted in her death.

WHEREFORE, Plaintiffs, Steen Bjerre, individually and as Independent Administrator of The Estate of Rita Billings-Bjerre, Deceased, prays judgment against the Defendant, Alexandru Horvat, for a sum that will adequately compensate him for his damages, in excess of $50,000.00.

PLAINTIFFS DEMAND TRIAL BY JURY.

## COUNT II

Now comes the Plaintiff, Steen Bjerre, individually and as Independent Administrator of The Estate of Rita Billings-Bjerre, Deceased, by his attorney, Gerald P. Rodeen, of Dilks, Rodeen & Gibson, Ltd., and for his claim against the Defendant, ROM Trucking, states as follows:

1.  That on or about December 11, 2006, the Defendant, ROM Trucking, a Missouri Corporation, employed Defendant, Alexandru Horvat, who owned, operated, maintained and

controlled a 1999 Volvo semi-tractor and trailer traveling eastbound on Olympian Drive at its intersection with Market Street in Champaign, Illinois.

2. That on or about December 11, 2006, the Plaintiff's decedent, Rita Billings-Bjerre was the driver of an automobile traveling northbound on Market Street at its intersection with Olympian Drive in Champaign, Illinois.

3. That at said time and place, Defendant's employee, Alexandru Horvat, drove his vehicle into the intersection, striking the vehicle being driven by Plaintiff's decedent, Rita Billings-Bjerre, causing serious damage to her vehicle and, ultimately, the death of Rita Billings-Bjerre.

4. That at that time and place, ROM Trucking owed a duty of ordinary care for the safety of all persons traveling on the roadway, including Plaintiff's decedent, Rita Billings-Bjerre.

5. That notwithstanding ROM Trucking's duty of ordinary care, it allowed its employee, Alexandru Horvat, to carelessly and negligently do one or more of the following acts or omissions in breach of the aforesaid duty:

   a. Operated his motor vehicle without keeping a proper and sufficient lookout.
   b. Failed to yield to oncoming traffic at a stop sign, in violation of 625 ILCS 5/11-305.
   c. Failed to reduce his speed in order to avoid an accident in violation of 625 ILCS 5/11-601(a).
   d. Drove his vehicle in a manner which endangered the safety of other people and their property, in violation of 625 ILCS 5/11-601(a).
   e. Failed to make timely application of his brakes, when, by so doing, he could have avoided the collision.
   f. Otherwise negligently owned, operated and controlled said motor vehicle.

3

6. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of ROM Trucking's employee, Alexandru Horvat, Plaintiff's decedent suffered injuries to her person which ultimately resulted in her death.

WHEREFORE, Plaintiffs, Steen Bjerre, individually and as Independent Administrator of The Estate of Rita Billings-Bjerre, Deceased, prays judgment against the Defendant, ROM Trucking, for a sum that will adequately compensate him for his damages, in excess of $50,000.00.

PLAINTIFFS DEMAND TRIAL BY JURY.

Date: _DEC. 14_, 2006

                              Steen Bjerre, individually and as
                              Independent Administrator of
                              The Estate of Rita Billings-Bjerre, Deceased

                              By _____
                              Gerald P. Rodeen, of
                              Dilks, Rodeen & Gibson, Ltd., his attorneys

Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen & Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844

4

STATE OF ILLINOIS )
) SS:
COUNTY OF FORD )

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (b)

The undersigned attorney for the Plaintiff in the foregoing cause of action certifies that the total damages sought therein exceed $50,000.00

Gerald P. Rodeen

Subscribed and sworn to before me this 19 day of December, 2006.

Marilyn K. Tyler
Notary Public

OFFICIAL SEAL
MARILYN K TYLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/16/10

Gerald P. Rodeen; Reg. No. 2361728
Dilks, Rodeen & Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844

# EXHIBIT 1B

*Urgent*
*Ed Lealy*
*1312 368-4562*

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT**
**CHAMPAIGN COUNTY, ILLINOIS**

STEEN BJERRE, individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased

Plaintiff

v.

ALEXANDRU HORVAT and
ROM TRUCKING, a Missouri corporation

Defendant

NO. 06 L 271

## SUMMONS

To the defendant: Alexandru Horvat c/o *Interstate Trailer + Equipment*
*604 W. Anthony Drive   217-328-2015*
*Urbana IL*

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court: Champaign County Courthouse, 101 E. Main St., Urbana, IL 61801 within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, *December 14*, X: 2006

*(signature)*
Clerk of Court

_____
Associate Circuit Clerk—Deputy

(Seal of Court)

| | |
|---|---|
| Name | Gerald P. Rodeen |
| Attorney for | Plaintiff |
| Address | 146 N. Market St., PO Box 48 |
| City | Paxton, IL 60957 |
| Telephone | 217-379-4373 |
| Facsimile | 217-379-2844 |

Date of service: _____, 19___
(To be inserted by officer on copy left with defendant or other person)

FDCC101

<h1 style="text-align:center">L<small>EAHY</small>, E<small>ISENBERG</small> & F<small>RAENKEL</small>, L<small>TD</small>.</h1>

ATTORNEYS AT LAW<br>
161 N. CLARK STREET, SUITE 1325<br>
CHICAGO, ILLINOIS 60601-3288<br>
(312) 368-4554<br>
FAX (312) 368-4562

EDWARD J. LEAHY
ejl@lefltd.com

JOLIET OFFICE
PIONEER BUILDING
54 N. OTTAWA STREET, SUITE 505
JOLIET, ILLINOIS 60432-4302
(815) 723-6514  FAX (815) 723-7466

January 11, 2007

*Via E-Mail only*
newcases.urbana@ilcd.uscourts.gov

Clerk of the United States District Court
Central District of Illinois
Urbana Division
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

>    Re:    **Steen Bjerre, Individ. And as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased v. Alexandru Horvat and Rom Trucking**

Dear Clerk:

   Attached is our *Notice of Removal of Case No. 06-L-271 from the Circuit Court for the Sixth Judicial District of Illinois Urbana, Champaign County to the U.S. District Court for the Central District of Illinois, Urbana Division with Exhibits 1A) State Court Complaint and 1B) State Court Summons* and *Notice of Filing* to be filed with the Court. We also attach the *Notice of Appearance of Attorney by Edward J. Leahy on behalf of Defendants, Alexandru Horvat and Rom Trucking* and *Notice of Filing* to be filed with the Court.  We will contact your office immediately to make arrangement for the requisite $350.00 filing fee.  Please feel free to contact us if you require anything further.

   Very truly yours,

   LEAHY, EISENBERG & FRAENKEL, LTD.

   By:  /s/ Edward J. Leahy
        Edward J. Leahy

EJL/sa
Attachments (6)
F:\Case\030301\12368\CLERK.CENTRAL.DIST.URBANA-01.doc

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff: **CHAMPAIGN, IL**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **MO**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
GERALD P. RODEEN, 146 N. MARKET ST., P.O. BOX 48, PAXTON, IL 60957

Attorneys (If Known)
LEAHY, EISENBERG & FRAENKEL, LTD., 161 N. CLARK STREET, SUITE 1325, CHICAGO, IL 60601

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC SECTION 1446

Brief description of cause:
DIVERSITY OF CITIZENSHIP

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions) JUDGE    DOCKET NUMBER

DATE    SIGNATURE OF ATTORNEY OF RECORD
_Jeffrey S. Pavlovich_ /s/

---

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE