**U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules.

| In the Matter of | Case Number: |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | Hon. Judge<br>Mag. Judge |

v.

ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ALEXANDRU HORVAT and ROM TRUCKING**

| NAME (Type or print) |
|---|
| Edward J. Leahy |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Edward J. Leahy |

| FIRM |
|---|
| Leahy, Eisenberg & Fraenkel, Ltd. |

| STREET ADDRESS |
|---|
| 161 N. Clark Street, Suite 1325 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06194671 | (312) 368-4554 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X    NO |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X    NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X    NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>~~RETAINED COUNSEL~~ ☐    ~~APPOINTED COUNSEL~~ ☐    Not Applicable | |

F:\Case\030301\12368\APPEARANCE-EJL.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | CASE NUMBER: |
| Plaintiff, | ASSIGNED JUDGE: |
| v. | |
| ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation, | DESIGNATED MAGISTRATE JUDGE: |
| Defendants. | |

## NOTICE OF FILING

TO:   Gerald P. Rodeen
      146 N. Market Street, P.O. Box 48
      Paxton, IL 60957

**I HEREBY CERTIFY** that on <u>January 11, 2007</u>, I electronically filed the foregoing, **Notice of Appearance of Attorney by Edward J. Leahy on behalf of Defendant, Alexandru Horvat and Rom Trucking**, with the Clerk of the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first-class U.S. Mail, with proper postage prepaid and affixed thereon, on <u>January 11, 2007</u>.

/s/ Edward J. Leahy
Edward J. Leahy     Bar No. 06194671

Attorneys for Defendants,
ALEXANDER HORVAT and ROM TRUCKING

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: ejl@lefltd.com

F:\Case\030301\12368\NOF-APPEARANCE-EJL.doc