E-FILED
Wednesday, 21 February, 2007  11:58:34 AM
Clerk, U.S. District Court, ILCD

# U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules.

In the Matter of                               Case Number:   07 C 2006-MPM-DGB

STEEN BJERRE, Individually and as              Hon. Judge   MICHAEL P. McCUSKEY
Independent Administrator of THE               Mag. Judge   DAVID G. BERNTHAL
ESTATE OF RITA BILLINGS-
BJERRE, Deceased

                              v.

ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ALEXANDRU HORVAT and ROM TRUCKING**

| |
|---|
| NAME (Type or print)<br>Terry M. Lackcik |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Terry M. Lachcik |
| FIRM<br>Leahy, Eisenberg & Fraenkel, Ltd. |
| STREET ADDRESS<br>161 N. Clark Street, Suite 1325 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6199960 | TELEPHONE NUMBER<br>(312) 368-4554 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES    NO X ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES    NO X ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES    NO X ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES   NO X ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>~~RETAINED COUNSEL~~ ☐     ~~APPOINTED COUNSEL~~ ☐    Not Applicable ||

F:\Case\030301\12368\APPEARANCE-TML.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased<br><br>Plaintiff,<br>v.<br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation,<br><br>Defendants. | CASE NUMBER: 07 C 2006-MPM-DGB<br><br>ASSIGNED JUDGE:  MICHAEL P. MCCUSKEY<br><br>DESIGNATED<br>MAGISTRATE JUDGE: DAVID G. BERNTHAL |

## NOTICE OF FILING

TO:   See attached Certificate of Service

**I HEREBY CERTIFY** that on February 21, 2007, I electronically filed the foregoing, **Notice of Appearance of Attorney by Terry M. Lachcik on behalf of Defendants, Alexandru Horvat and Rom Trucking**, with the Clerk of the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first-class U.S. Mail, with proper postage prepaid and affixed thereon, on February 21, 2007.

/s/ Terry M. Lachcik
Terry M. Lachcik       Bar No. 6199960

Attorneys for Defendants,
ALEXANDER HORVAT and ROM TRUCKING

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: tml@lefltd.com

F:\Case\030301\12368\NOF-APPEARANCE-TML.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>February 21, 2007</u>, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

*Via Automatic Electronic Mail*
Gerald P. Rodeen
Dilks Rodeen & Gibson, Ltd.
146 N. Market Street
P.O. Box 48
Paxton, IL 60957
(217) 379-4373
E-Mail: grodeen@drgltd.com; mtyler@drgltd.com

*Attorney for Steen Bjerre, Independently and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                                                  /s/ Terry M. Lachcik
                                                Terry M. Lachcik     Bar No. 6199960

                                                Attorneys for Defendants,
                                                ALEXANDER HORVAT and ROM TRUCKING

                                                LEAHY, EISENBERG & FRAENKEL, LTD.
                                                161 North Clark Street, Suite 1325
                                                Chicago, Illinois 60601
                                                (312) 368-4554
                                                (312) 368-4562 Fax
                                                E-Mail: tml@lefltd.com