IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased<br><br>Plaintiff,<br>v.<br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation,<br><br>Defendants. | CASE NUMBER: 07 C 2006-MPM-DGB<br><br>ASSIGNED JUDGE:   MICHAEL P. MCCUSKEY<br><br>DESIGNATED<br>MAGISTRATE JUDGE: DAVID G. BERNTHAL |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Gerald P. Rodeen and Defendants being represented by Terry M. Lachcik, counsel conducted a telephone conference on February 14, 2007 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates[1] which counsel have agreed upon.

1. Parties will exchange initial disclosures pursuant to F.R.C. P. 26(a)(1) by April 16, 2007.

2. The deadline for amendment of pleadings is 9/14/07.

3. The deadline for joining additional parties is 9/14/07.

4. Plaintiff shall disclose experts and provide expert reports by October 1, 2007 and plaintiff shall make any such experts available for deposition by November 1, 2007.

5. Defendant shall disclose experts and provide expert reports by November 30, 2007 and defendant shall make any such experts available for deposition by December 31, 2007.

6. Discovery shall be modified as follows:

    a. written discovery to be completed by June 14, 2007;
    b. oral fact discovery to be completed by September 13, 2007.

---

[1] See Section III of this Court's Rule 16 memo (also displayed on this website) for suggested time frames.

7. All discovery, including deposition of experts, is to be completed by <u>December 31, 2007</u>.

8. The deadline for filing case dispositive motions shall be <u>February 29, 2008</u>.

| | |
|---|---|
| Steen Bjerre, Independently and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased, Plaintiff | Alexandru Horvat and ROM Trucking, Defendants |
| DILKS RODEEN & GIBSON, LTD. | LEAHY, EISENBERG & FRAENKEL, LTD. |
| BY: /s/ Gerald P. Rodeen<br>Gerald P. Rodeen | BY: /s/ Terry M. Lachcik<br>Terry M. Lachcik |

**The following Order area ↘ should be left blank for completion by the Court.**

### O R D E R

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ **(Case No. \_\_\_).**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 14, 2007, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

*Via Automatic Electronic Mail*
Gerald P. Rodeen
Dilks Rodeen & Gibson, Ltd.
146 N. Market Street
P.O. Box 48
Paxton, IL 60957
(217) 379-4373
E-Mail: grodeen@drgltd.com; mtyler@drgltd.com

*Attorney for Steen Bjerre, Independently and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                      /s/ Terry M. Lachcik
                      Terry M. Lachcik    Bar No. 6199960

                      Attorneys for Defendants,
                      ALEXANDRU HORVAT and ROM TRUCKING

                      LEAHY, EISENBERG & FRAENKEL, LTD.
                      161 North Clark Street, Suite 1325
                      Chicago, Illinois 60601
                      (312) 368-4554
                      (312) 368-4562 Fax
                      E-Mail: tml@lefltd.com

F:\Case\030301\12368\REPORT OF RULE 26(F) PLANNING MEETING.doc