**E-FILED**
Tuesday, 20 March, 2007  09:16:51 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES  DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **STEEN BJERRE, individually and as** | ) | |
| **Independent Administrator of the Estate** | ) | |
| **of Rita Billings-Bjerre, Deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No.  07-2006** |
| **ALEXANDRU HORVAT and** | ) | |
| **ROM TRUCKING, a Missouri corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# DISCOVERY ORDER

A discovery conference was held **March 16, 2007,** pursuant to FRCP 16 and local rule 16.2(A).  Plaintiff appeared by Reino Lanto.  Defendants appeared by Edward J. Leahy.  The progress of discovery to date was discussed.  Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1.  Parties will exchange initial disclosures pursuant to FED. R. CIV. P.  26(a)(1) by **April 16, 2007.**

2.  The deadline for amendment of pleadings is **September 14, 2007.**

3.  The deadline for joining additional parties is **September 14, 2007.**

4.  Plaintiff shall disclose experts and provide expert reports by **October 1, 2007.** Plaintiff shall make any such experts available for deposition by **November 1, 2007.**

5.  Defendants shall disclose experts and provide expert reports by **November 30, 2007.** Defendants shall make any such experts available for deposition by **December 31, 2007.**

6.  All written discovery shall be completed by **June 14, 2007.**

7.  All oral fact discovery shall be completed by **September 13, 2007.**

8.  All discovery, including deposition of experts, is to be completed by **December 31, 2007.**

9.  The deadline for filing case dispositive motions shall be **February 29, 2008.**

10.  The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **June 27, 2008, at 1:30 p.m.**

12.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **July 14, 2008, at 9:00 a.m. (for approx. 4 days) (Case No. 1).**

ENTER this 20th day of March, 2007.


                                           s/ DAVID G. BERNTHAL
                                           U.S. MAGISTRATE JUDGE