## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased<br><br>Plaintiff,<br>v.<br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation,<br><br>Defendants. | CASE NUMBER: 07 C 2006-MPM-DGB<br><br>ASSIGNED JUDGE:  MICHAEL P. MCCUSKEY<br><br>DESIGNATED<br>MAGISTRATE JUDGE: DAVID G. BERNTHAL |

### ANSWER TO COMPLAINT (NOTICE OF REMOVAL) WITH JURY DEMAND BY DEFENDANT ALEXANDRU HORVAT

NOW COMES, Defendant, ALEXANDRU HORVAT, by and through his attorneys, Edward J. Leahy and Leahy, Eisenberg & Fraenkel, Ltd., and for his answers to Plaintiff, STEEN BJERRE's Complaint at Law, states:

### COUNT I

1.   That on or about December 11, 2006, the Defendant, Alexandru Horvat, owned, operated, maintained and controlled a 1999 Volvo semi-tractor and trailer traveling eastbound on Olympian Drive at its intersection with Market Street in Champaign, Illinois.

**ANSWER:**   This Defendant admits the averments of this Paragraph No. 1 of Count I.

2.   That on or about December 11, 2006, the Plaintiff's Decedent, Rita Billing-Bjerre was the driver of an automobile traveling northbound on Market Street at its intersection with Olympian Drive in Champaign, Illinois.

**ANSWER:** **This Defendant is without sufficient knowledge of the averments in this Paragraph No. 2 of Count I to admit or deny same, and therefore, demands strict proof thereof.**

3.  That at said time and place, Plaintiff, Alexandru Horvat, drove his vehicle into the intersection, striking the vehicle being driven by Plaintiff's Decedent, Rita Billings-Bjerre, causing serious damage to her vehicle and, ultimately, the death of Rita Billings-Bjerre.

**ANSWER: This Defendant admits that on December 11, 2006 he drove a vehicle into the intersection of Olympia Drive and Market Street in or near Champaign, Illinois, admits that a portion of his vehicle was struck by another vehicle, is without sufficient knowledge of Ms. Rita Billings-Bjerre to admit or deny the averments as to her and, therefore, demands strict proof thereof, and otherwise denies the remaining averments and inferences of this Paragraph 3 of Count I.**

4.  That at that time and place, Alexandru Horvat owed a duty of ordinary care for the safety of all persons traveling on the roadway, including Plaintiff's Decedent, Rita Billings-Bjerre.

**ANSWER: This Defendant admits only those duties found to be imposed by law based upon establishing, through sufficient and competent evidence, the prerequisites for imposition of such duties.**

5.  That notwithstanding Alexandru Horvat's duty of ordinary care, he carelessly and negligently did one or more of the following acts or omissions in breach of the aforesaid duty:

   a.  Operated his motor vehicle without keeping a proper and sufficient lookout.

   b.  Failed to yield to oncoming traffic at stop sign, in violation of 625 ILCS 5/11-305.

   c.  Failed to reduce his speed in order to avoid an accident in violation of 625 ILCS 5/11-601(a).

   d.  Drove his vehicle in a manner which endangered the safety of other people and their property, in violation of 625 ILCS 5/11-601(a).

   e.  Failed to make timely application of his brakes, when, by so doing, he could have avoided the collision.

   f.  Otherwise negligently owned, operated and controlled said motor vehicle.

**ANSWER:** This Defendant denies the averments of Paragraph No. 5 of this Count I, including each and every subpart thereof.

6. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Alexandru Horvat, Plaintiff's Decedent suffered injuries to her person which ultimately resulted in her death.

**ANSWER:** This Defendant denies the averments of Paragraph No. 6 of this Count I.

WHEREFORE, this Defendant, ALEXANDRU HORVAT, respectfully requests that this Honorable Court enter an order of judgment in his favor and against Plaintiffs, STEEN BJERRE, individually and as independent administrator of THE ESTATE OF RITA BILLINGS-BJERRE, deceased, and further order said Plaintiff to pay his costs.

### DEFENDANT, ALEXANDRU HORVAT'S
### AFFIRMATIVE DEFENSES TO COUNT I

NOW COMES Defendant, ALEXANDRU HORVAT, and for his affirmative defenses to Plaintiff's Complaint at Law, states:

### FIRST AFFIRMATIVE DEFENSE

1. At the time and place referred to in Plaintiff's Complaint At Law, it was the duty of the Plaintiff's Decedent to exercise ordinary care in the proper operation of the motor vehicle.

2. Notwithstanding said duty, Plaintiff's Decedent was guilty of one or more of the following acts and/or omissions:

   a. Drove in excess of the posted speed limit and/or at a speed which was greater than reasonable and proper with regard to traffic conditions and the roadway in violation of the Illinois Motor Vehicle Code (e.g., 625 ILCS 5/11-601);

   b. Failed to maintain a proper lookout for other vehicles upon the roadway;

    c.    Failed to decrease speed sufficiently or otherwise brake the vehicle to avoid colliding with the vehicle being operated by Alexandru Horvat;

    d.    Failed to equip the motor vehicle with good and sufficient brakes so as to allow for stopping the vehicle short of that vehicle being operated by Alexandru Horvat;

    e.    Failed to equip the vehicle with sufficient and proper lights to sufficiently illuminate the roadway and other vehicles ahead of the vehicle; and

    f.    Failed to maintain the windshield of the vehicle such that it would provide sufficient and proper visibility to readily identify other vehicles in the roadway.

3.    As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions, Plaintiff's Decedent's vehicle struck the vehicle being operated by Defendant Alexandru Horvat, thereby causing the injuries and damages claimed by Plaintiff.

WHEREFORE, this Defendant, ALEXANDRU HORVAT, respectfully requests that this Honorable Court enter an order of judgment in his favor and against Plaintiffs, STEEN BJERRE, individually and as independent administrator of THE ESTATE OF RITA BILLINGS-BJERRE, deceased, and further order said Plaintiff to pay his costs.

## **SECOND AFFIRMATIVE DEFENSE**

1.    At the time and place referred to in Plaintiff's Complaint at Law, it was the duty of Plaintiff's Decedent not to operate a motor vehicle while Plaintiff's Decedent was physically incapable or impaired in the operation of the vehicle.

2.    On the day of the subject incident referred to in Plaintiff's Complaint, Plaintiff's Decedent had ingested morphine.

3.    On the day of the subject incident referred to in Plaintiff's Complaint, Plaintiff's Decedent had ingested heroin.

4. On the day of the subject incident referred to in Plaintiff's Complaint, Plaintiff's Decedent had ingested codeine.

5. On the day of the subject incident referred to in Plaintiff's Complaint, Plaintiff's Decedent had ingested cocaine.

6. On the day of the subject incident referred to in Plaintiff's Complaint, Plaintiff's Decedent had ingested Benadryl.

7. In breach of the aforesaid duty, prior to and at the time of the subject incident, Plaintiff's Decedent operated Plaintiff's Decedent's vehicle while physically incapable of properly and sufficiently operating the vehicle in a safe and prudent manner.

8. In breach of the aforesaid duty, prior to and at the time of the subject incident, Plaintiff's Decedent operated Plaintiff's Decedent's vehicle while in an impaired condition such that Plaintiff's Decedent was physically incapable of properly and sufficiently operating the vehicle in a safe and prudent manner.

9. As a direct and proximate result of one or more of the foregoing breaches in duty, Plaintiff's Decedent's vehicle struck the vehicle being operated by Defendant Alexandru Horvat, thereby causing the injuries and damages claimed by Plaintiff.

WHEREFORE, this Defendant, ALEXANDRU HORVAT, respectfully requests that this Honorable Court enter an order of judgment in his favor and against Plaintiffs, STEEN BJERRE, individually and as independent administrator of THE ESTATE OF RITA BILLINGS-BJERRE, deceased, and further order said Plaintiff to pay his costs.

## COUNT II

**No answer is required of this Defendant as to this Count II, which is brought against another defendant.**

Dated this 23rd day of March, 2007.

                                                Respectfully submitted,

                                                /s/ Edward J. Leahy
                                                Edward J. Leahy      Bar No. 06194671

                                                One of the Attorneys for Defendant,
                                                ALEXANDER HORVAT

                                                LEAHY, EISENBERG & FRAENKEL, LTD.
                                                161 North Clark Street, Suite 1325
                                                Chicago, Illinois 60601
                                                (312) 368-4554
                                                (312) 368-4562 Fax
                                                E-Mail: ejl@lefltd.com

                                          F:\Case\030301\12368\ANSWER TO COMPLAINT & JURY DEMAND.doc

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

*Via Automatic Electronic Mail only*
Gerald P. Rodeen
Reino C. Lanto, Jr.
Dilks Rodeen & Gibson, Ltd.
146 N. Market Street
P.O. Box 48
Paxton, IL 60957
(217) 379-4373
E-Mail: grodeen@drgltd.com; rlanto@aol.com; mtyler@drgltd.com

*Attorney for Steen Bjerre, Independently and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                                    /s/ Edward J. Leahy
                                  Edward J. Leahy    Bar No. 06194671

                                  One of the Attorneys for Defendant,
                                  ALEXANDER HORVAT

                                  LEAHY, EISENBERG & FRAENKEL, LTD.
                                  161 North Clark Street, Suite 1325
                                  Chicago, Illinois 60601
                                  (312) 368-4554
                                  (312) 368-4562 Fax
                                  E-Mail: ejl@lefltd.com