E-FILED
Thursday, 29 March, 2007  03:42:49 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | CASE NUMBER: 07 C 2006-MPM-DGB |
| Plaintiff,<br>v. | ASSIGNED JUDGE:  MICHAEL P. MCCUSKEY |
| ALEXANDRU HORVAT and ROM TRUCKING,  a Missouri corporation, | DESIGNATED<br>MAGISTRATE JUDGE: DAVID G. BERNTHAL |
| Defendants. | |

## MOTION FOR PROTECTIVE ORDER BY DEFENDANT ALEXANDRU HORVAT

NOW COMES Defendant, Alexandru Horvat, by and through his attorneys, Leahy, Eisenberg & Fraenkel, Ltd. and pursuant to Federal Rules of Civil Procedure 26(c) moves this Court for entry of a protective order to preserve certain evidence found during the investigation conducted by the Champaign County Police Department, the Illinois State Police Department and the Champaign County Fire Department of the deceased Plaintiff's motor vehicle accident as described in Plaintiff's Complaint, and, for its reasons states as follows:

1.      Plaintiff in this case filed a cause of action against the Defendants, Alexander Hrovat and ROM Trucking.  The Plaintiff's Complaint alleges that Plaintiff, Rita Billings-Bjerre, died as a result of a motor vehicle accident that occurred on or about December 11, 2006.

2.      Plaintiff's Complaint further alleges that Defendants' negligence was the cause of the occurrence as described in Plaintiff's Complaint.

3.      On and about December 11, 2006, the Champaign County Police Department, Champaign Fire Department and the Illinois State Police conducted an investigation.  During the investigation, the Champaign County Police Department extracted various items from the decedent's motor vehicle, including but not limited to, various narcotics and other drug

paraphernalia specifically identified in the Champaign Police Department Supplemental Report, all of which are material to this cause of action.  Other investigative units may have also extracted various items from the decedent's motor vehicle and the scene of the accident which will also be material to this cause of action.  A copy of the Champaign Department Supplemental Report is attached hereto as Exhibit A.

4.    Any destruction, alteration and/or disposal of any of the evidence, including but not limited to, the narcotics and drug paraphernalia specifically identified in the Champaign Department Supplemental Report, would irreparably and prejudicially affect the Defendant's ability to defend his interests in this matter.

5.    A copy of the Defendant's proposed protective order regarding the above-mentioned evidence is attached hereto as Exhibit B.

WHEREFORE, the Defendant, Alexandru Horvat, requests the entry of a protective order on any and all evidence found during the investigation of the occurrence as described in Plaintiff's Complaint, including but not limited to the narcotics and drug paraphernalia specifically identified in the Champaign Department Supplemental Report, and enjoining any party from in any way destroying, altering and/or disposing of the above-mentioned evidence, all of which are material to this cause of action.

Dated this 29th day of March, 2007.

Respectfully submitted,

/s/ Edward J. Leahy
Edward J. Leahy        Bar No. 06194671

One of the Attorneys for Defendant,
ALEXANDRU HORVAT

2

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: ejl@lefltd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

*Via Automatic Electronic Mail only*
Gerald P. Rodeen
Reino C. Lanto, Jr.
Dilks Rodeen & Gibson, Ltd.
146 N. Market Street
P.O. Box 48
Paxton, IL 60957
(217) 379-4373
E-Mail: grodeen@drgltd.com; rlanto@aol.com; mtyler@drgltd.com

*Attorney for Steen Bjerre, Independently and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

/s/ Edward J. Leahy
Edward J. Leahy        Bar No. 06194671

One of the Attorneys for Defendant,
ALEXANDRU HORVAT

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: ejl@lefltd.com

F:\Case\030301\12368\MOTION.PROTECTIVE ORDER.doc

**E-FILED**
Thursday, 29 March, 2007  03:44:50 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A
# PART I

030301-12368-Y
Bjerre v. Horvat

**Summary of material received from Champaign Police Department**

Review of material rec'd from Champaign PD in response to our subpoena –

Report of Officer David Butler – he performed field sobriety tests on Horvat. HGN was negative; walk & turn (heel-to-toe) "exhibited one (1) indicator of impairment; one leg stand was negative. Blood and urine samples were taken; a report n the material performed by the ISP lab was negative for both "volatiles" (e.g. ETOH) and drugs. A portable breath test was ordered at the hospital, and apparently was negative (although there is no report as such).

Report of Officer Alison Ferguson – on-site investigation. She was on scene @ 1918 (possibly the first to respond). She id'd decedent form DL found in purse in car. Decedent was "not conscious, alert nor breathing…head injury… not responsive…no pulse…" She interviewed "Barbara" [Pease], the "only witness at scene." Barbara "did not recall, but though the semi stopped for the stop sign." She interviewed Horvat who stated that he stopped at the intersection, checked it and then proceeded

Report of Officer Justus Clinton – met w/Ferguson. Followed ambulance to Carle ER – victim pronounced dead @ 2000. He returned to scene and secured the tractor until it was removed.

SUPPLEMENTAL REPORT of Officer Shane Standifer – material inventoried from decedent's auto: (1) brown pill bottle containing six (6) morphine tablets; (2) 30 syringes; (3) several foil packets containing 1.1 grams of cocaine; (4) one foil packet containing 0.3 grams heroin; (5) ten Benadryl allergy tablets; and (6) miscellaneous drug paraphernalia.

Arrived @ 1930 – directed by Sgt. Shaffer to process scene. Observed large debris field in intersection. Green Mercury c. ¼ mi. north of intersection, 50' east of NB lane. Tire tread impressions leaving roadway west side of street c. 150' north of intersection. Raining, but no problem w/visibility. Several working overhead street lights @ intersection.   Nothing observed that would interfere w/either driver's line of sight @ intersection. NB speed limit = 55 mph; EB limit = 45 mph. Stop sign for EB traffic; NB traffic has ROW.

Took measurements. Observed skid marks NB lane c. 21' south of debris field and traveling through field. Unable to determine if caused by Mercury, but appeared to stop @ point of impact.

Mercury – headlight switch "on" position; keys in ignition; transmission in "Drive." Batter disconnected (by emergency responders) so unable to determine if headlights operating. Another responding officer observed on his in-car video system that taillights were operating. Driver likely wearing seatbelt as it had been cut away by responders.

Informed on 12/12/06 that driver of Mercury may have been under influence of narcotics. Recovered several items (as listed above). Inventoried same.

Contacted Reynold's Towing to advise of police "hold" particularly as to presence of data recorder in vehicle.

Apparent license check on Horvat – mandatory insurance suspension reported from AZ.

ISP Driver/Vehicle Examination Report – apparent faulty brake adjustment on 3rd L axle. Violations:

- Log not current
- Suspension
- Brake out-of-adjustment
- Inadequate brakes for stopping
- R side front clearance lamp inoperative
- R side upper clearance rear inoperative
- R side lower mid lamp missing (destroyed in crash?)
- High beams inoperative

Horvat was cited for failure to stop/yield


Officer Douglas Wendt – photographs taken @ Carle Hospital.

The rest of the material consists of thumbnails of the photos of the decedent, the scene and vehicle(s); Officer Standifer's diagrams of the scene; and a DVD (presumably with the photos reflected in the thumbnails).


(N.B. – this is not the "911" material, as requested in the subpoena. I did receive a call today from Dore stating that he was FedEx'ing more material to me, that he hadn't copied it and that he would look to us if he needed any of it back(?).)

TML
02/16/07

12368 - WORKING COPY

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

CENTRAL _____ DISTRICT OF _____ ILLINOIS - URBANA DIVISION

STEEN BJERRE, individually, etc.

V.

ALEXANDRU HORVAT and ROM TRUCKING

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 CV 2006

TO:  CITY OF CHAMPAIGN POLICE DEPARTMENT
82 EAST UNIVERSITY AVENUE
CHAMPAIGN, ILLINOIS 61820

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all tapes and/or recordings, in any format kept, as well as any verbatim transcripts, memoranda, summaries, notes and/or log entries of emergency call(s) related to a motor vehicle accident that took place on December 11, 2006 at 7:14 p.m. at or near the intersection of Market Street and Olympian Drive in the City of Champaign, Illinois

| PLACE     Leahy, Eisenberg & Fraenkel, Ltd. 161 North Clark Street Suite 1325, Chicago, Illinois 60601 | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    1/22/07  ATTORNEY FOR DEFENDANTS | DATE  1/22/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Edward J. Leahy, Leahy, Eisenberg & Fraenkel, Ltd. 161 North Clark Street
Suite 1325 Chicago, Illinois 60601 (312) 368-4554

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

*P1201* *2394560* *0561*

| DMC | U1 | U2 | PDYN | TRFD | TRFC | TRDA | DRIVA | U1 | U2 | VIS | U1 | U2 | LIGHT | COLL | MANV | U1 | U2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 9 | 2 | 2 | 4 | 1 | 1 | 1 | 1 | 6 | 1 | 1 | 5 | 15 | 1 | 19 | 1 |

INVESTIGATING AGENCY: CHAMPAIGN PD

CITY/TOWNSHIP (Circle One): CHAMPAIGN

COUNTY: CHAMPAIGN

AGENCY CRASH REPORT NO.: 704-13944

489.01

DATE OF CRASH: 12/11/06    TIME: 7:14 AM

NUMBER OF MOTOR VEHICLES: 2

## UNIT 1

NAME (LAST, FIRST, M.I.): BILLUNGS-BJERRE RITA

STREET ADDRESS: 9 OLYMPIAN DR

CITY: PAXTON    STATE: IL    ZIP: 60957

TELEPHONE: (217) 379-3345

DRIVER LICENSE NO.: 6905

TAKEN TO: CARLE    EMS AGENCY: ARROW

SEX: F    SAFT: 3    AIR: 2    INJURY: 1    STATE: IL    CLASS: D

DATE OF BIRTH: ARLENE

□ DRIVER ☒ PED □ PEDAL □ EQUES □ NMV □ NCV

MAKE: MERCURY    MODEL: MYSTIQUE    YEAR: 98

PLATE NO.: G7.2224    STATE: IL    YEAR: 07

VIN: 1MEFMLAGILWKG48344

VEHICLE OWNER (LAST, FIRST, M.I.): BJERRE STEEN

OWNER ADDRESS (STREET, CITY, STATE, ZIP): 9 ALLISON DR, PAXTON IL 60957

INSURANCE CO: CINCINNATI INS. CO.

POLICY NO.: A01030393i

TELEPHONE: (217) 379-3345

ANY SINGLE VEHICLE/PROPERTY DAMAGED OVER $500: ☒ Yes □ No

INTERSECTION RELATED: ☒ Yes □ No
PRIVATE PROPERTY: □ Yes ☒ No
HIT & RUN: □ Yes ☒ No

LARS CODE: 5600 MKT
LARS CODE: 53400 ODR

CIRCLE NUMBER(S) FOR DAMAGED AREA(S):
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
POINT OF FIRST CONTACT: 1

TOWED DUE TO DAMAGE: ☒ Yes □ No
FIRE: □ Yes ☒ No
HAZMAT SPILL: □ Yes ☒ No
COM VEH: □ Yes ☒ No

## UNIT 2

NAME (LAST, FIRST, M.I.): ANDREW T ALEXANDRU NMN

STREET ADDRESS: 2049

CITY: SPRINGFIELD    STATE: MO    ZIP: 65803

TELEPHONE: (417)773-7315

DRIVER LICENSE NO.: 

TAKEN TO: N/A    EMS AGENCY:

SEX: M    SAFT: 3    AIR: 9    INJURY: 0    STATE: MO    CLASS: A

DATE OF BIRTH:

☒ DRIVER □ PED □ PEDAL □ EQUES □ NMV □ NCV

MAKE: VOLVO    MODEL: DETROIT ENGINE    YEAR: 07

PLATE NO.: 9638U    STATE: MO    YEAR: 07

VIN: 4VYG7DART×NN790151

VEHICLE OWNER (LAST, FIRST, M.I.): SAME

OWNER ADDRESS (STREET, CITY, STATE, ZIP): SAME

INSURANCE CO: CANAL   GREAT AMERICA CARGO
BURLINGTON INS GROUP

POLICY NO.: CBCB601180    4779904

TELEPHONE:

CIRCLE NUMBER(S) FOR DAMAGED AREA(S):
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
POINT OF FIRST CONTACT: L

TOWED DUE TO DAMAGE: □ Yes ☒ No
FIRE: □ Yes ☒ No
HAZMAT SPILL: □ Yes ☒ No
COM VEH: ☒ Yes □ No

PASSENGERS & WITNESSES ONLY    NAME (LAST, FIRST, M.I.): PEASE, BARBARA J.

SIGNATURE

DAMAGED PROPERTY OWNER NAME

DAMAGED PROPERTY: CHAMPAIGN, ...    (217) 333-GONI/A

ARREST NAME: HOLT ALEXANDER

OFFICER ID: RDO

SUPERVISOR ID:

BEAT / DIST: 1-1    SECTION: 1-904    CITATION NO.: 333 OFR

CONTRIBUTORY CAUSE(S): PRIMARY 02    SECONDARY 09

POSTED SPEED LIMIT: 55

TIME NOTIFIED: 7:14 ☒ AM □ PM

COURT DATE: 1.9.07    COURT TIME: 9:00 □ AM ☒ PM

*IF YES TO HAZMAT SPILL OR COM VEH ABOVE, COMPLETE COMMERCIAL VEHICLE AREA ON BACK OF FORM

SR 1050 510M (REPRINT 10/05)

Printed by authority of the State of Illinois



# CHAMPAIGN POLICE DEPARTMENT
## SUPPLEMENTAL REPORT
### Page 1 of 4



### SUPPLEMENTAL DETAIL

| Case Number CC0613944 | Officer Number 7103 | Date Entered 12/12/2006 | Date/Time of Orig. Rpt. 12/11/2006    19:14 |
|---|---|---|---|

Incident Address    3300 N MARKET X STR OLYMPIAN CHAMPAIGN    Title of Report: Fatal Accident

### PROPERTY

| Tag# 83414 | Desc. One DUI kit with blood and urine samples | Recommended Action ISP LAB | Please test for alcohol and intoxicating compound. |
|---|---|---|---|

| Loss | Quantity | 1.000 | Serial # | Loc 611 WEST UNIVERSITY | Disposition |
|---|---|---|---|---|---|
| Recv | Measure | | Evidence? YES | | ENTERED INTO |
| Drug | Value | | Property Code   987 | | EVIDENCE REF |

| Tag# 83415 | Desc. One 8mm video tape | Recommended Action RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|

| Loss | Quantity | 1.000 | Serial #   06-7103-A7 | Loc 82 E. UNIVERSITY | Disposition |
|---|---|---|---|---|---|
| Recv | Measure | | Evidence? YES | | ENTERED INTO |
| Drug | Value | 5.00 | Property Code   818 | | EVIDENCE LOC |

### NARRATIVE

On 12/11/2006 I was assigned to the north district. METCAD dispatched a personal injury accident located at the intersection of Market Street and Olympian Ave.

Upon my arrival on the scene Officer's stated the driver of Unit 2 was not conscious nor breathing. Officer's stated that the intersection at Olympian Drive and Market Street needed to be blocked off of traffic. I noticed three Officer's were already on scene before I was. I decided to block north bound traffic and positioned my squad car blocking north traffic on Market Street. As I exited my squad car I noticed a large amount of glass in the middle of the intersection. Also in the intersection were plastic and rubber pieces of vehicle debris.

I observed a semi-trailer pulled off to the south side of the road on Olympian Drive just east of the intersection. I noticed squad cars approximately two hundred yards north of the intersection. I was unable to observe Unit 2. It was raining and had been raining most of the day. The pavement was wet due to the rain. Moments later Officer's on the scene stated that the second vehicle involved was a semi-trailer located just east of the intersection. I went to check on the welfare of Unit 1.

Reporting Officer: BUTLER,DAVID M        officer's initials     approved _____    **NARRATIVE CONTD.**

CC0613944

NARRATIVE CONTD.

As I approached the semi I noticed a white male (later identified
as Alexandru) speaking on the phone. I asked Alexandru to step
down from the cab and speak to me. I asked Alexandru if he was
all right and he stated he was. I asked Alexandru what happened.
Alexandru stated he was driving his semi trailer east on Olympian
Ave looking for Market Street. Alexandru stopped at the stop
sign located at the intersection of Olympian Ave. and Market
Street. Alexandru stated he could not locate a street sign so he
did not know what street he was approaching. Alexandru looked at
his map and realized that Market Street was nearby. Alexandru
decided to go through the intersection to see what the next
street was named.

Alexandru stated he looked both ways before entering the
intersection and noticed a vehicle approaching the intersection
heading north approximately one quarter mile away. Alexandru
began to make his way through the intersection when he felt a
bump against his trailer. Alexandru thought that he blew a tire.
He looked in his mirror but did not see anything. Alexandru got
out of his truck and noticed that the passenger side of the
trailer was damaged. Alexandru noticed police arriving on the
scene and thought he must have been involved in an accident and
waited for police to make contact.

I asked Alexandru to show me where the damage was to his trailer.
Alexandru and myself walked around to the passenger side of the
trailer. Alexandru pointed to where the damage was. I observed
the bottom portion of the trailer approximately half way down the
trailer as the point of impact. The bottom part of the trailer
appeared to be bent upwards and appeared to be torn or cracked.
I also noticed the contraption that held a spare tire also had
damage to it. There was blue paint transfer along the bottom of
the trailer. At this point it began to rain heavily and I asked
Alexandru to have a seat in my squad car so we could continue
speaking.

Once inside the squad car I asked Alexandru if he moved from the

CC0613944

NARRATIVE CONTD.

semi at any time after the accident.  Alexandru stated he did not.  I asked Alexandru if he was aware of what struck his trailer.  Alexandru stated he thought that he had just blown a tire.  I asked Alexandru if he was able to look north of the intersection and see a vehicle off to the side of the road. Alexandru stated he did not.

Alexandru stated he left Springfield, MO at approximately 1210hrs on 12/11/2006.  Alexandru arrived in Effingham, IL at approximately 1730hrs.  Alexandru arrived in Champaign at approximately 1900hrs.

I spoke to Alexandru for approximately thirty to forty minutes. At no time did I detect any odor of alcoholic beverage on his person.  Alexandru's speech was not slurred and he was steady on his feet.  Alexandru seemed concern as to what was happening. Due to the severity of the accident I asked Alexandru if he would mind performing Field Sobriety Tasks for me.  Alexandru stated he would not mind.

At approximately 2029hrs I arrived at Carle Hospital with Alexandru.  The field sobriety tasks were completed at Carle Hospital.  The first task was the Horizontal Gaze Nystagmus.  I read Alexandru the instructions from my Standardized Field Sobriety Test Notebook.  Alexandru stated he understood and I began the task.   Alexandru did not exhibit any indicators of impairment.

The next task Alexandru performed was the Walk and Turn.  I read the instructions to Alexandru and demonstrated the task. Alexandru stated he understood and began the task.  Alexandru took nine heel to toe steps turned around using several small steps.  On the way back Alexandru took twelve heel to toe steps. While counting out loud Alexandru put emphasis on steps ten, eleven and twelve.  Alexandru exhibited one indicator of impairment.

orting Officer: BUTLER,DAVID M          officer's initials          approved          **NARRATIVE CONTD.**

NARRATIVE CONTD.

The next task I asked Alexandru to complete was the One Leg
Stand.  Alexandru did not exhibit any indicators of impairment.

The video tape used to record the Field Sobriety Tasks was later
entered into evidence at the Champaign Police Department.

I issued Alexandru a citation for failure to yield stop
intersection.  At approximately 2115hrs I read Alexandru the
Traffic Crash Warning to Motorist.  Alexandru stated he would
comply with the requested blood and urine samples.  After the
samples were taken they were sealed in a kit by Hospital staff.
The kit was later entered into evidence at the Champaign Police
Department.

A nurse at the Hospital stated that since Alexandru was driving a
commercial vehicle Occupational Medicine would need to submit
urine and breath samples.  Alexandru gave the occupational
medicine nurse a urine sample.  She then stated that Alexandru
needed to submit to a Portable Breath Test.  Alexandru complied
with this request as well.

See other Officer's reports for further information.

| opied By: | Entered/Filed By: | |
|---|---|---|
| iscellaneous/Leads #'s | | |
| ignature of Reporting Officer      date | APPROVED (Supervisor)   #903 | date  12/12/11 |
| No secondary dissemination without consent from Champaign Police Dept. | | |
| porting Officer: BUTLER,DAVID M    officer's initials | approved  903 | |

*SAO Traffic*

*Ferguson*

# ILLINOIS STATE POLICE
Division of Forensic Services
Springfield Forensic Science Laboratory
2040 Hill Meadows Drive
Springfield, Illinois 62702-4696
(217) 782-4975 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

December 20, 2006
**LABORATORY REPORT**

LIEUTENANT JOE GALLO
CHAMPAIGN POLICE DEPARTMENT
82 EAST UNIVERSITY AVE
CHAMPAIGN IL 61820

Laboratory Case #S06-009788
Agency Case #706-13944

OFFENSE:   Accident Investigation
SUSPECT:   Alexandru Horvat

The following evidence was submitted to the Springfield Forensic Science Laboratory by Michelle Jolley on December 13, 2006:

| **EXHIBIT** | **DESCRIPTION** | **FINDINGS** |
| --- | --- | --- |
| 1A | Two tubes of blood | No volatiles detected. Not analyzed for drugs. |
| 1B | Two bottles of urine | Not analyzed for volatiles. No drugs detected. |

Volatile analysis includes, but is not limited to, the following: Ethanol, Methanol, Acetone, Isopropanol, and Toluene.

Drug analysis includes, but is not limited to, the following drugs and/or certain of their metabolites: Amphetamines, Barbiturates, Benzodiazepines, Cannabinoids, Cocaine, Opiates and Phencyclidine.

The above results relate only to the items tested.

Respectfully submitted,

Shannon D. George
Forensic Scientist



# CHAMPAIGN POLICE DEPARTMENT
## SUPPLEMENTAL REPORT
### Page 1 of 2



## SUPPLEMENTAL DETAIL

| Case Number CC0613944 | Officer Number 7792 | Date Entered 12/11/2006 | Date/Time of Orig. Rpt. 12/11/2006    19:14 |
|---|---|---|---|
| Incident Address    MARKET ST X STR OLYMPIAN DR CHAMPAIGN | | Title of Report:  fatal accident | |

## PROPERTY

| Tag# 33409 | Desc. black purse and contents | | Recommended Action RETURN TO OWNER | |
|---|---|---|---|---|

| Loss | Quantity            1.000 | Serial # | Loc | Disposition |
|---|---|---|---|---|
| Recv  6 | Measure | Evidence?    YES | | CPD # 42 |
| Drug | Value | Property Code    740 | | |

## NARRATIVE

On December 11, 2006 at 7:15 p.m., officers were dispatched to a personal injury accident at the intersection of Market St./Olympian Drive.

At 7:18 p.m., I arrived on the scene.  I observed debris in the middle of the intersection.  I continued north of the intersection, where I observed a vehicle off the roadway.  It was on the east side of Market Street, up at the edge of a field. The vehicle was a green 1998 Mercury Mystique, occupied by a female driver.

From a black purse, later located in the vehicle, a photo driver's license was present.  The driver was identified from the driver's license as Rita.

Passerby's were stopped and standing outside the Mercury.  Rita was not conscious, alert, nor breathing.  She had a head injury and had blood covering her face.  I noticed a large amount of blood on her chest.  I attempted to speak with her, she was not responsive.  After protecting myself with rubber gloves, I reached inside the car and attempted to check Rita's left wrist for a pulse.  I did not feel a pulse.  Fire personnel and medical arrived on scene shortly thereafter.

Barbara was the only witness located at the scene.  She was 3-4 car lengths behind the Mercury, northbound on Market Street. Barbara observed a semi eastbound on Olympian Drive.  Barbara did

Reporting Officer: FERGUSON,ALISON R          officer's initials _____   approved _____ # 923          **NARRATIVE CONTD.**

CCu613944
NARRATIVE CONTD.

not recall, but thought the semi stopped for the stop sign.  The
semi proceeded eastbound across Market Street, in front of the
Mercury.  The Mercury went under the semi trailer.  Barbara next
observed the Mercury continue northbound.  It went into the ditch
on the west side of Market, then crossed Market Street and went
up across the ditch on the east side of the road.  The Mercury
did not roll, it stayed upright and came to a rest on the east
side of Market Street.

I obtained the semi truck's information.  The driver was
identified as Alexandru.  He told me that he was traveling east
on Olympian Drive.  He stopped at the stop sign, where he began
looking for street signs.  After checking to see that the
intersection was clear, he proceeded east, across Market Street.
He next felt a jolt from the trailer end of his rig.  He assumed
that a trailer tire had blown.  He pulled off on the side of the
road.  Alexandru then observed a police car with lights and siren
come from the south and stop just north of the intersection.  He
then observed cars stopped and assumed that he must have been
involved in an accident.

No further information.  I placed Rita's purse into evidence at
the Champaign Police Dept.

End of report.

| opied By: | Entered/Filed By: | |
|---|---|---|
| liscellaneous/Leads #'s | | |
| ignature of Reporting Officer  #=792 | date 12 11·06 | APPROVED (Supervisor)  *89 |
| No secondary disemmination without consent from Champaign Police Dept. | | date 12/12/06 |
| porting Officer: FERGUSON,ALISON R | officer's initials  approved | |



# CHAMPAIGN POLICE DEPARTMENT
## SUPPLEMENTAL REPORT
### Page  1  of  2



## SUPPLEMENTAL DETAIL

| Case Number CC0613944 | Officer Number 7713 | Date Entered  12/12/2006 | Date/Time of Orig. Rpt.  12/11/2006 | 19:14 |
|---|---|---|---|---|

Incident Address    MARKET ST. X STR OLYMPIAN DR. CHAMPAIGN | Title of Report: Fatal Crash

## OTHER

| Name | Address | Telephone |
|---|---|---|
| ✓ BERLIN, RICHARD | URBANA, IL 61801 | (217)383-3311 |

| Emp Code  Y | Employer/School Name  CARLE HOSPITAL ER | Emp. Address  URBANA, IL 61801 | Emp .Tel. (217)383-3311 |
|---|---|---|---|

| DOB  1955 | Age (when occurred)  51 | Race  W | Sex  M | Ht.  000 | Wt.  000 | Hair | Eye | SSN  5504 | DL# |
|---|---|---|---|---|---|---|---|---|---|

| Injury Code  N | Victim Code  I | Hospitalized  NO | Treated by |
|---|---|---|---|

## NARRATIVE

On 121106 at 1914 hrs., I responded to the intersection of Market St. and Olympian Dr. for a vehicle accident with injuries.

Upon arrival, I noticed a passenger vehicle sitting on the east side of Market St. north of Olympian Dr.

I met with Officer Ferguson, already on scene, standing near the vehicle who advised she could not feel a pulse on the female (later identified as Rita) driver.

Shortly after CFD and rescue arrived on scene and began to extricate Rita from the vehicle.

After Rita was removed from the vehicle, she was transported to Carle ER by Arrow Ambulance.  I followed the ambulance to the hospital where I stood by in the Trauma room as Rita was being treated.

At 2000 hrs., ER Doctor Berlin pronounced Rita dead.

At this point, I stood by with the body until the Champaign County Coroner's Office and the CPD Crime Scene Unit arrived (Officer Wendt).

---

Reporting Officer: CLINTON,JUSTUS | officer's initials  approved | **NARRATIVE CONTD.**

CC0613944

NARRATIVE CONTD.

After clearing the hospital, I later returned to the accident
scene where I stood by as Reynold's Towing relocated the
semi-tractor and trailer to the Urbana Reynold's facility.  I
followed Reynold's where the semi-tractor and trailer was parked
and stored pending further inspection.

I had no further involvement with this incident.

See all involved Officer's report's for further details.

| Copied By: | Entered/Filed By: | |
|---|---|---|
| Miscellaneous/Leads #'s | | |
| Signature of Reporting Officer | date 12120 | APPROVED (Supervisor)  #305 | date 12/12/06 |

No secondary dissemination without consent from Champaign Police Dept.

Reporting Officer: CLINTON,JUSTUS          officer's initials          approved

## CHAMPAIGN POLICE DEPARTMENT
## VEHICLE TOW-IN REPORT

DATE 12 12 06  TIME 0115  OFFICER(S) CLINTON 712 CASE# 706- 13944

SUBJECT(S)ARRESTED/TICKETED: HORVAD, ALEXANDRU

TOWED FROM: MARKET / OLYMPIAN         METER/SPACE#

VIOLATION: FATAL TRAFFIC CRASH         UNPAID FINES DUE

☒VC    __PARKING TICKET    ☒ACCIDENT    __ARREST

SOS OWNER RECORD: NAME    ROM TRUCKING

ADDRESS: ████████    CITY SPRINGFIELD.    STATE MO

VEHICLE INFO    MAKE VOLVO    MODEL DET. EAGLE YR 99 COLOR MAR/BLUE STYLE TRACTOR

LICENSE# 96 86    YR 07    STATE IL    VIN 4UG 7 DARJXN 79315 J

LAF/5 DAY STICKER#    STATE    EXPIRES

VEHICLE CONDITION



LEFT SIDE    RIGHT SIDE    TOP

BE-BENT
BR-BROKEN
BU-BURNED
C-CAVED/DENTED
CH-CHIPPED/PITTED
CR-CRACKED

FL-FLAT
L-LOOSE
M-MISSING
RU-RUSTED
SC-SCRATCHED
SH-SHATTERED
T-TORN

KEYS Y    CD/RADIO/TAPE PLAYER Y    LS MIRROR Y    RS MIRROR Y

ANTENNA Y    BATTERY    HUBCAPS    CELL PHONE    TRUNK

TOW INFO    FIRM REYNOLDS    ADDRESS

TOWED TO:    BADGE#    DRIVER John D. Schramm

DATE:    TOWED TO:    BADGE#    DRIVER

HOLD: (YES)  NO    AUTHORITY: X 712

HOLD RELEASE DATE:    TIME    AUTHORITY:



# CHAMPAIGN POLICE DEPARTMENT
## SUPPLEMENTAL REPORT
### Page  1  of  7



| SUPPLEMENTAL DETAIL | | | |
|---|---|---|---|
| Case Number CC0613944 | Officer Number 7758 | Date Entered 12/12/2006 | Date/Time of Orig. Rpt. 12/11/2006    19:14 |
| Incident Address    MARKET ST X STR OLYMPIAN DR CHAMPAIGN | | | Title of Report:  Fatal Traffic Crash |

| WITNESS | | |
|---|---|---|
| Name  THOMPSON, JOHN | Address  ISP PESOTUM  CHAMPAIGN, IL | Telephone  Unknown |
| Emp Code  Y    Employer/School Name   ILLINOIS STATE POLICE | Emp. Address  PESOTUM, IL | Emp .Tel.  Unknown |

| DOB  00/00/0000 | Age  (when occurred) | Race  W | Sex  M | Ht.  000 | Wt.  000 | Hair | Eye | SSN  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 | DL# | |
|---|---|---|---|---|---|---|---|---|---|---|

| Injury Code | Victim Code | Hospitalized  NO | Treated by | |
|---|---|---|---|---|

| PROPERTY | | | |
|---|---|---|---|

| Tag# 3453 | Desc. CD-R disc /w digital images | Recommended Action  RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|
| Loss Recv 6  Drug | Quantity  1.000  Measure  Value | Serial #  Evidence?  YES  Property Code    558 | Loc CPD | Disposition  ENTERED INTO EVIDENCE |

| Tag# 3454 | Desc. CD-R disc /w digital images | Recommended Action  RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|
| Loss Recv 9  Drug | Quantity  1.000  Measure  Value | Serial #  Evidence?  YES  Property Code    558 | Loc ISP | Disposition  ENTERED INTO EVIDENCE |

| Tag# 3455 | Desc. brown pill bottle containing 6 morphine tablets | Recommended Action  RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|
| Loss Recv 6  Drug F | Quantity  6.000  Measure  DU  Value | Serial #  Evidence?  YES  Property Code    561 | Loc GRN MERCURY MYSTIQUE | Disposition  ENTERED INTO EVIDENCE |

| Tag# 3456 | Desc. Syringes | Recommended Action  RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|
| Loss Recv 6  Drug | Quantity  30.000  Measure  Value | Serial #  Evidence?  YES  Property Code    563 | Loc GRN MERCURY MYSTIQUE | Disposition  ENTERED INTO EVIDENCE |

| Tag# 3457 | Desc. Aluminum foil packets containing cocaine | Recommended Action  RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|
| Loss Recv 6  Drug B | Quantity  1.100  Measure  GM  Value | Serial #  Evidence?  YES  Property Code    560 | Loc GRN MERCURY MYSTIQUE | Disposition  ENTERED INTO EVIDENCE |

| Tag# 3458 | Desc. Foil packet containing heroin | Recommended Action  RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|

| Reporting Officer:  STANDIFER,SHANE A | officer's initials  SAS  approved  ros | PROPERTY CONTD. |
|---|---|---|



C0613944

ROPERTY CONTD.

| | Quantity | .300 | Serial # | | Loc GRN MERCURY MYSTIQUE | Disposition ENTERED INTO EVIDENCE |
|---|---|---|---|---|---|---|
| ss | Measure GM | | Evidence? YES | | | |
| ecv 6 | Value | | Property Code 560 | | | |
| ug D | | | | | | |

| ag# 3459 | Desc. Benadryl Allergy tablets | | | | Recommended Action RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|---|---|---|
| ss | Quantity 10.000 | | Serial # | | Loc GRN MERCURY MYSTIQUE | Disposition ENTERED INTO EVIDENCE |
| ecv 6 | Measure | | Evidence? YES | | | |
| rug U | Value | | Property Code 561 | | | |

| ag# 3460 | Desc. misc drug equipment incl heroin spoons | | | | Recommended Action RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|---|---|---|
| ss | Quantity 20.000 | | Serial # | | Loc GRN MERCURY MYSTIQUE | Disposition ENTERED INTO EVIDENCE |
| ecv 6 | Measure | | Evidence? YES | | | |
| rug | Value | | Property Code 562 | | | |

## NARRATIVE

At approximately 1930 hrs on 12/11/06, I responded to the intersection of Market St and Olympian Dr, Champaign, to assist with the investigation of a fatal traffic crash that had occurred there. Sergeant Shaffer directed me to process the scene of the accident for documentation purposes.

Upon arriving, I observed a Volvo semi-tractor and trailer parked facing East in the Eastbound lane of Olympian Dr, West of Market St. I also observed a large debris field in the intersection containing automotive parts and broken glass. Approximately 1/4 mile North of the intersection, I observed a green Mercury Mystique facing North approximately 50' East of the Northbound lane of Market St. I also observed tire tread impressions leaving the roadway on the West side of Market St approximately 150' North of the intersection. I observed that it was still raining with a steady wind coming from the South, but the rain did not necessarily hamper my vision in any direction. I also observed that there were several overhead street lights at the intersection that were working properly at this time. I noted that there was nothing that was readily visible to me at this time that would interfere with either driver's line of sight of the intersection or traffic that was coming from the prospective directions of travel of the two vehicles that were involved in the collision (such as buildings, trees, signs, etc.). There is

eporting Officer: STANDIFER,SHANE A     officer's initials  SAS  approved  905   **NARRATIVE CONTD.**

:C0613944

NARRATIVE CONTD.

a building to the North of Olympian Dr, that may hamper vision of
Southbound traffic on Market St, but the stop line for Eastbound
traffic here is far enough out that driver's have a clear line of
sight to the North.  I noted that there are stop signs in place
for both East and Westbound traffic on Olympian Dr, and that the
signs appeared to be in good condition.  I noted that there are
no stop signs or other traffic control devices for North or
Southbound traffic on Market St.  I determined that the last
posted speed limit sign for Northbound traffic on Market St was
approximately 3900' South of the intersection and indicated a
speed limit of 55 miles per hour.  I determined that the last
posted speed limit sign for Eastbound traffic on Olympian Dr is
approximately 5090' West of the intersection and indicated a
speed limit of 45 miles per hour.

I began by photographing the scene with a digital camera.  After
I completed the photographs, Officers Maloney, Reddy and I took
measurements necessary for me to construct a diagram of the
scene.  At this time, I discovered apparent skid marks on the
pavement in the Northbound lane of Market St that started
approximately 21' South of the debris field of broken glass and
then continued into the broken glass and had cleared a path
through the glass.  I was unable to determine if the skid marks
had been left by the Mercury or if another vehicle had traveled
through the glass after the collision, but it is possible that
they were indeed left by the Mercury as they appeared to follow
the initial path of the vehicle and appeared to stop suddenly at
the suspected point of impact between the Mercury and the semi
trailer.

Upon examining the Mercury, it appeared that the Mercury struck
the right (passenger's) side of the semi trailer just in front of
the spare tire carrier which was mounted on the underside of the
trailer just in front of the fourth axle.  The Mercury then
apparently traveled completely underneath the trailer, shearing
off its roof and exiting on the left (driver's) side of the

eporting Officer:  STANDIFER,SHANE A       officer's initials  $\mathcal{SAS}$   approved _____ ꝺᴀꜱ _____   **NARRATIVE CONTD.**



:C0613944

IARRATIVE CONTD.

trailer.  The Mercury then appeared to have swerved Northwest
across Market St then off the roadway, through a drainage ditch,
and onto the grass shoulder area.  The Mercury then apparently
swerved back to the Northeast across Market St again, and left
the roadway on the east side of Market St, through another
drainage ditch, and onto the grassy shoulder area to its final
resting position.  CFD personnel had apparently cut off the
driver's door during the extrication of the driver, and had
thrown the door several yards to the Northwest of the vehicle.  I
also noticed that CFD had apparently opened the engine hood of
the Mercury in order to disable the battery.  I noted that the
headlight switch was in the "On" position at this time, the keys
were in the ignition, and the vehicle was still in "Drive."  Due
to the battery being disconnected at this time, I was not able to
determine if the headlights had been working at the time of the
collision. Sergeant Shaffer later informed me that upon reviewing
the video from his in-car video system, he could see that the
Mercury's taillights were on upon his arrival at the time.  It
appeared that the driver of the Mercury was most likely wearing
her seat belt at the time of the collision, due to the fact that
the belt was blood-soaked and had been cut cleanly by rescue
personnel upon removing her from the vehicle.  I noted that both
driver and front-passenger air bags had deployed despite the lack
of visible damage to the front bumper area of the car.

I then had the Mercury towed to CPD and secured in the Crime
Scene Unit processing bay.

Upon examining the semi trailer, I discovered several defects on
the bottom edge of the right side of the trailer which were
consistent with the Mercury striking this edge and continuing
under the trailer before exiting the left side.  I observed
broken glass and green paint transfer consistent with the Mercury
on the undercarriage of the trailer.  On the left side of the
trailer, I observed a small bulge on the bottom edge that was
consistent with the edge being pushed out by a crossmember of the

---

sporting Officer:  STANDIFER,SHANE A          officer's initials  SAS     approved _____ GCS _____    **NARRATIVE CONTD.**



CC0613944

NARRATIVE CONTD.

undercarriage after having been struck by the Mercury.

I then had the semi tractor and trailer towed to a storage
facility in Urbana owned by Reynold's Towing Service and secured
there.

This concluded my involvement in the case on this date.

Upon returning to work on 12/12/06, I was informed by Sergeant
Rein that Illinois State Police Trooper Thompson had conducted an
inspection of the semi tractor and trailer at the storage
facility in Urbana, and that the vehicle could be released back
to the operator.  Sergeant Rein also informed me that evidence
had been located in the Mercury that indicated that the driver
may have been under the influence of narcotics.

I then spoke with Trooper Thompson, who advised me that the semi
tractor and trailer had not passed the inspection due to
mechanical problems with the brakes.  He also advised me that he
had taken a complete set of digital photographs of the semi
tractor and trailer and he would provide me with a copy of these
photographs as soon as possible.

I then spoke with the driver and the owner of the semi and
informed them that the vehicle could be released, but that they
needed to contact Reynold's Towing for information on what
repairs needed to be made before it could be placed back into
service.

I then recovered several items from the Mercury that appeared to
be consistent with drug use, including a blue plastic vial
containing several small packets of aluminum foil, and blue bag
containing multiple syringes and metal spoons with charring on
the bottoms (typically used to prepare heroin for use with a
syringe), a brown plastic pill bottle containing several orange
and gray tablets, and several capsules of Benadryl Allergy

porting Officer:  STANDIFER,SHANE A       officer's initials  SAS  approved  905         **NARRATIVE CONTD.**



CC0613944
NARRATIVE CONTD.

medication.

Upon inventorying these items, I discovered that one of the foil
packets containing approximately 0.3 grams of heroin (confirmed
by using a Narcotest field test kit).  There were approximately 6
foil packets containing cocaine (verified using a Narcotest field
test kit) for a total weight of approximately 1.1 grams.  I
located ten capsules of Benadryl Allergy medication including one
that appeared to have been broken open and the contents most
likely snorted.  I then identified the orange tablets as 60 mg
tablets of morphine sulfate and the gray tablets as 100 mg
tablets of the same substance.  I also located a piece of a small
clear plastic bag with an imprint of cannabis leaves on it that I
have seen used numerous times before with the sale and use of
cannabis.

I packaged all of these items and entered them into evidence.

I then had CPD front desk personnel contact Reynold's Towing to
transfer the car to their facility.  I notified Reynold's Towing
that there would still be a police hold on the car pending
further investigation as to whether or not the Mercury had a data
recorder which could provide data on engine RPM and vehicle speed
at the time of the collision as well as a possible mechanical
inspection of the vehicle to determine its overall condition at
the time of the condition.

I then transferred the digital images form the camera's compact
flash card to a new CD-R disc, which I also entered into
evidence.  Trooper Thompson then returned to CPD and provided me
with a disc containing the digital images he had taken of the
semi tractor and trailer.  I then entered this disc into evidence
as well.

NOTE:  I will be constructing the diagram for this traffic crash
in the near future.

Reporting Officer: STANDIFER,SHANE A          officer's initials  _SAS_  approved _____ SU _____



| Copied By: | Entered/Filed By: |
|---|---|

Miscellaneous/Leads #'s

| Signature of Reporting Officer.         date      7S8     12/13/06 | APPROVED (Supervisor)     Sgt ⌐kol  M⌐    date   12·13·C⌐ |

No secondary disemmination without consent from Champaign Police Dept.

eporting Officer:  STANDIFER,SHANE A      officer's initials  SAS     approved ____⌐⌐



1/752
ROM AZ
38U 16.25.36*12/12/06 AZMVDPX00
.0100100

756 - 13 994

IAM/HORVAT,ALEXANDRU.DOB/1959███ SEX/M
IAME:ALEXANDRU,.HORVAT          DOB████1959  RCPT#:SR093724
DDR:████████████████            GLENDALE          AZ 85308
3SUE DT:07/09/2001 EXP:01/24/2024    SEX:M HGT:503 WGT:166 HAIR:BRN EYE:GRN
ILN:████████  SSN████3054  OLT:OPERATOR CLASS D
REV LIC: 318863054 OP          PREV ST: MS
TATUS   MANDATORY INSURANCE SUSPENSION
    SUSPENSION - COURT ACTION REQUIRED
        CANCELLED OUT OF STATE

706-13944



| Illinois State Police<br>Commercial Vehicle Section<br>500 Iles Park Place, Suite 400<br>Springfield, Illinois 62703-2982<br>Phone: (217)782-6267   Fax: (217)524-2391 | DRIVER/VEHICLE EXAMINATION REPORT<br>Report Number: IL4731001095<br>Inspection Date: 12/12/2006<br>Start Time: 08:22 AM  End Time: 10:15 AM<br>Insp. Level: 1-Full, No HM Insp. |
|---|---|

ALEXANDRU HORVAT
2506 NORTH CLIFTON AVENUE
SPRINGFIELD, MO 65803
USDOT#: 01383743          Phone#: (417)766-8021
MC/MX#: 527362           Fax#:
State#:
Location: REYNOLDS ANTHONY-URBANA
Highway: D10
County: CHAMPAIGN, IL

Driver: HORVAT, ALEXANDRU
License#: ████████2049                     State: MO
Date of Birth: 01/24/1959
CoDriver:
License#:                                    State:
Date of Birth:
            Shipper:
MilePost:        Bill of Lading:
Origin:          Cargo:
Destination:

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | License # | Company # | Vin # | GVWR | CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 1999 | MO | 96386 | 109 | 4VG7DARJXXN792151 | | | |
| 2 | ST | TRIM | 1997 | MO | XMT304 | 19 | 1PT01ACH159015058 | | | |

## BRAKE ADJUSTMENTS

| Axle # | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Right | 1 5/8 | 1 5/8 | 1 1/2 | 1/2 | 1/2 |
| Left | 1 1/2 | 1 3/4 | **2 5/8** | 1/2 | 1/2 |
| Chamber | C-20 | C-30 | C-30 | C-30 | C-30 |

## VIOLATIONS

| Section Code | St | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 395.8(f)(1) | D | N | | N/A | N | N | Drivers record of duty status not current to last change in duty status.  Last entry at 12:45 PM on 12/11/06. |
| 393.47(e) | | 1 | Y | N/A | U | N | Clamp/Roto type brake(s) out-of-adjustment.  See chart above. |
| 393.47(a) | | 2 | Y | N/A | U | N | Inadequate brakes for safe stopping.  Axle#3 left brake lining not making contact w/ drum.  Axle#4 right oil soaked.  Axle #5 left not making contact with drum. |
| 393.9(a) | | 2 | N | N/A | N | N | Inoperable required lamp.  Right side clearnace lamp upper front inoperative.  Right side upper clearance rear inoperative. |
| 393.11 | | 2 | N | N/A | N | Y | Right side lower mid marker lamp missing (destroyed in crash).  Unknown if operating prior to crash. |
| 393.24(a) | | 1 | N | N/A | N | N | Non-compliance with headlamp requirements.  High beams inoperative. |
| 391.15(a) | D | | Y | N/A | N | N | Driving a CMV while disqualified.  Driver is suspended AZ.  Mandltory insurance violation / court action required. |

HazMat: No HM Transported.                                    Placard: No    Cargo Tank:

Special Checks: Post Crash

State Information:
Photos (Y/N): Y;  Accident Report #: 706-13944;

| Report Prepared By:<br>PR. J.F. THOMPSON | Badge #:<br>IL4731 | Copy Received By:<br>HORVAT, ALEXANDRU<br>X_____ | Page 1 of 2 | <br>IL4731001095 |
|---|---|---|---|---|

706- 13999



**Illinois State Police**
**Commercial Vehicle Section**
**500 Iles Park Place, Suite 400**
**Springfield, Illinois  62703-2982**
Phone: (217)782-6267   Fax: (217)524-2391

**DRIVER/VEHICLE EXAMINATION REPORT**
Report Number: IL4731001095
Inspection Date: 12/12/2006
Start Time: 08:22 AM End Time: 10:15 AM
Insp. Level: 1-Full, No HM Insp.

ALEXANDRU HORVAT
~~████████████~~
SPRINGFIELD, MO  65803
USDOT#: 01383743        Phone#: (417)766-8021
MC/MX#: 527362          Fax#:
State#:

Driver: HORVAT, ALEXANDRU
License#: ████2049                    State: MO
Date of Birth: ████/1959
CoDriver:
License#:                             State:
Date of Birth:

---

ALEXANDRU HORVAT is declared OUT-OF-SERVICE pursuant to the authority contained in the Illinois Motor Carrier Safety Regulations
and/or the Illinois Hazardous Materials Transportation Act, until Driver is no longer disqualified or in compliance.

---

Vehicle is declared OUT OF SERVICE pursuant to the authority contained in the Illinois Motor Carrier Safety Regulations and/or the Illinois
Hazardous Materials Transportation Act until all OUT OF SERVICE defects have been corrected.

---

By signing, I verify the above noted defects have been corrected.
Signature Of Repairer X:_____   Facility:_____   Date:_____

---

If your driver or vehicle was placed out of service, please verify the out of service violations noted on this report have been corrected.  A copy
of this form must be returned or faxed to the following address within 15 days.

Illinois State Police, Commercial Vehicle Section
500 Iles Park Place, Suite 400
Springfield, Illinois  62703-2982
Telephone:  (217) 782-6267
Fax:  (217) 524-2391

Signature Of Motor Carrier X:_____   Title:_____   Date:_____

---

Report Prepared By:          Badge #:        Copy Received By:              Page 2 of 2
TPR. J.F. THOMPSON           IL4731          HORVAT, ALEXANDRU

                                             X_____   

                                                                          IL4731001095



# CHAMPAIGN POLICE DEPARTMENT
## SUPPLEMENTAL REPORT
### Page 1 of 4



## SUPPLEMENTAL DETAIL

| Case Number CC0613944 | Officer Number 7783 | Date Entered 12/12/2006 | Date/Time of Orig. Rpt. 12/11/2006    19:14 |
|---|---|---|---|

| ncident Address    MARKET X STR OLYMPIA CHAMPAIGN | Title of Report:  ACCIDENT-FATAL |
|---|---|

## PROPERTY

| Tag# 33412 | Desc. CD-R CONTAINING 53 DIGITAL IMAGES | Recommended Action RETAIN UNTIL NO EVID. VALUE | |
|---|---|---|---|

| .oss Recv 6 Drug | Quantity    1.000 Measure Value | Serial #    LH3104KD2410005D1 Evidence?   YES Property Code    558 | Loc CARLE ER | Disposition EVIDENCE CD/LATENT BOX |
|---|---|---|---|---|

## NARRATIVE

I was notified at home by SGT Clark to respond to Olympia/Market to assist Officer Standifer in processing a fatal accident scene. Upon my arrival I left to go to Carle Hospital to photograph the victim.  I used a Cannon Digital Camera.  In all I took 53 Digital Images which I burned to a CD-R at post.  The CD-R was secured in the evidence CD/Latent box at post.  See the attached "thumbnail" sheets for the Digital Images taken.  The Champaign County Coroner Duane Northrup was already at the hospital with the victim when I arrived.  The victim was in his custody and I photographed her with his assistance.

I left the Carle ER and returned to Market and Olympia.  Upon my arrival I blocked the south side of the intersection until Reynolds towing arrived.  They towed the Mercury Mystique, IL Lic Plate G742204, to post.  I followed Reynolds to post where I had them secure the Mercury in the evidence bay at 2230 hours on 121106.  I have nothing further at this time.

| :opied By: | Entered/Filed By: |
|---|---|

| liscellaneous/Leads #'s | |
|---|---|

| ignature of Reporting Officer    date  12-12-06 | APPROVED (Supervisor)    date |
|---|---|

No secondary dissemination without consent from Champaign Police Dept.

:porting Officer: WENDT,DOUGLAS            officer's initials DMW 783  approved _____

E-FILED
Thursday, 29 March, 2007  03:47:50 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A
# PART II

706-13994a





IMG_6809.JPG       IMG_6810.JPG       IMG_6811.JPG       IMG_6812.JPG

IMG_6813.JPG       IMG_6814.JPG       IMG_6815.JPG       IMG_6816.JPG

IMG_6817.JPG       IMG_6818.JPG       IMG_6819.JPG       IMG_6820.JPG

IMG_6821.JPG       IMG_6822.JPG       IMG_6823.JPG       IMG_6824.JPG

IMG_6825.JPG       IMG_6826.JPG       IMG_6827.JPG       IMG_6828.JPG

IMG_6829.JPG       IMG_6830.JPG       IMG_6831.JPG       IMG_6832.JPG





IMG_6833.JPG       IMG_6834.JPG       IMG_6835.JPG       IMG_6836.JPG

IMG_6837.JPG       IMG_6838.JPG       IMG_6839.JPG       IMG_6840.JPG

IMG_6841.JPG       IMG_6842.JPG       IMG_6843.JPG       IMG_6844.JPG

IMG_6845.JPG       IMG_6846.JPG       IMG_6847.JPG       IMG_6848.JPG

IMG_6849.JPG       IMG_6850.JPG       IMG_6851.JPG       IMG_6852.JPG

IMG_6853.JPG       IMG_6854.JPG       IMG_6855.JPG       IMG_6856.JPG

706-13994a 13944





IMG_6857.JPG



IMG_6858.JPG



IMG_6859.JPG



IMG_6860.JPG



IMG_6861.JPG



Copy (2) of IMG_7845.J...    Copy (2) of IMG_7848.J...    Copy (2) of IMG_7849.J...    Copy (2) of IMG_7850.J...

Copy (2) of IMG_7851.J...    Copy (2) of IMG_7852.J...    Copy (2) of IMG_7853.J...    Copy (2) of IMG_7854.J...

Copy (2) of IMG_7855.J...    Copy (3) of IMG_7845.J...    Copy (3) of IMG_7848.J...    Copy (3) of IMG_7849.J...

Copy (3) of IMG_7850.J...    Copy (3) of IMG_7851.J...    Copy (3) of IMG_7852.J...    Copy (3) of IMG_7853.J...

Copy (4) of IMG_7845.J...    Copy (4) of IMG_7848.J...    Copy (4) of IMG_7849.J...    Copy of IMG_7803.JPG

Copy of IMG_7804.JPG    Copy of IMG_7805.JPG    Copy of IMG_7806.JPG    Copy of IMG_7807.JPG


Copy of IMG_7808.JPG


Copy of IMG_7809.JPG


Copy of IMG_7810.JPG


Copy of IMG_7811.JPG


Copy of IMG_7812.JPG


Copy of IMG_7813.JPG


Copy of IMG_7814.JPG


Copy of IMG_7815.JPG


Copy of IMG_7816.JPG


Copy of IMG_7817.JPG


Copy of IMG_7818.JPG


Copy of IMG_7819.JPG


Copy of IMG_7820.JPG


Copy of IMG_7821.JPG


Copy of IMG_7822.JPG


Copy of IMG_7823.JPG


Copy of IMG_7824.JPG


Copy of IMG_7825.JPG

Copy of IMG_7826.JPG


Copy of IMG_7827.JPG


Copy of IMG_7828.JPG


Copy of IMG_7829.JPG


Copy of IMG_7830.JPG


Copy of IMG_7831.JPG



Copy of IMG_7832.JPG    Copy of IMG_7833.JPG    Copy of IMG_7845.JPG    Copy of IMG_7848.JPG

Copy of IMG_7849.JPG    Copy of IMG_7850.JPG    Copy of IMG_7851.JPG    Copy of IMG_7852.JPG

Copy of IMG_7853.JPG    Copy of IMG_7854.JPG    Copy of IMG_7855.JPG    Copy of IMG_7856.JPG

Copy of IMG_7857.JPG    Copy of IMG_7858.JPG    Copy of IMG_7859.JPG    Copy of IMG_7860.JPG

Copy of IMG_7861.JPG    Copy of IMG_7862.JPG    Copy of IMG_7863.JPG    Copy of IMG_7864.JPG

IMG_6809.JPG    IMG_6810.JPG    IMG_6811.JPG    IMG_6812.JPG



IMG_6813.JPG        IMG_6814.JPG        IMG_6815.JPG        IMG_6816.JPG

IMG_6817.JPG        IMG_6818.JPG        IMG_6819.JPG        IMG_6820.JPG

IMG_6821.JPG        IMG_6822.JPG        IMG_6823.JPG        IMG_6824.JPG

IMG_6825.JPG        IMG_6826.JPG        IMG_6827.JPG        IMG_6828.JPG

IMG_6829.JPG        IMG_6830.JPG        IMG_6831.JPG        IMG_6832.JPG

IMG_6833.JPG        IMG_6834.JPG        IMG_6835.JPG        IMG_6836.JPG



IMG_6837.JPG          IMG_6838.JPG          IMG_6839.JPG          IMG_6840.JPG

IMG_6841.JPG          IMG_6842.JPG          IMG_6843.JPG          IMG_6844.JPG

IMG_6845.JPG          IMG_6846.JPG          IMG_6847.JPG          IMG_6848.JPG

IMG_6849.JPG          IMG_6850.JPG          IMG_6851.JPG          IMG_6852.JPG

IMG_6853.JPG          IMG_6854.JPG          IMG_6855.JPG          IMG_6856.JPG

IMG_6857.JPG          IMG_6858.JPG          IMG_6859.JPG          IMG_6860.JPG



IMG_6861.JPG     IMG_7757.JPG     IMG_7758.JPG     IMG_7759.JPG

IMG_7760.JPG     IMG_7761.JPG     IMG_7762.JPG     IMG_7763.JPG

IMG_7764.JPG     IMG_7765.JPG     IMG_7766.JPG     IMG_7767.JPG

IMG_7768.JPG     IMG_7769.JPG     IMG_7770.JPG     IMG_7771.JPG

IMG_7772.JPG     IMG_7773.JPG     IMG_7774.JPG     IMG_7775.JPG

IMG_7776.JPG     IMG_7777.JPG     IMG_7778.JPG     IMG_7779.JPG

**E-FILED**
Thursday, 29 March, 2007  03:49:58 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A
# PART III




IMG_7780.JPG

IMG_7781.JPG

IMG_7782.JPG

IMG_7783.JPG


IMG_7784.JPG


IMG_7785.JPG


IMG_7786.JPG


IMG_7787.JPG


IMG_7788.JPG


IMG_7789.JPG


IMG_7790.JPG


IMG_7791.JPG


IMG_7792.JPG


IMG_7793.JPG


IMG_7794.JPG


IMG_7795.JPG


IMG_7796.JPG


IMG_7797.JPG


IMG_7798.JPG


IMG_7799.JPG

IMG_7800.JPG

IMG_7801.JPG

IMG_7802.JPG

IMG_7803.JPG

706-~~13994~~ 13944



IMG_7804.JPG



IMG_7805.JPG



IMG_7806.JPG



IMG_7807.JPG



IMG_7808.JPG



IMG_7809.JPG



IMG_7810.JPG



IMG_7811.JPG



IMG_7812.JPG



IMG_7813.JPG



IMG_7814.JPG



IMG_7815.JPG



IMG_7816.JPG



IMG_7817.JPG



IMG_7818.JPG



IMG_7819.JPG



IMG_7820.JPG



IMG_7821.JPG

IMG_7822.JPG

IMG_7823.JPG

IMG_7824.JPG

IMG_7825.JPG

IMG_7826.JPG



IMG_7827.JPG



IMG_7828.JPG    IMG_7829.JPG    IMG_7830.JPG    IMG_7831.JPG

IMG_7832.JPG    IMG_7833.JPG    IMG_7834.JPG    IMG_7835.JPG

IMG_7836.JPG    IMG_7837.JPG    IMG_7838.JPG    IMG_7839.JPG

IMG_7840.JPG    IMG_7841.JPG    IMG_7842.JPG    IMG_7843.JPG

IMG_7844.JPG    IMG_7845.JPG    IMG_7846.JPG    IMG_7847.JPG

IMG_7848.JPG    IMG_7849.JPG    IMG_7850.JPG    IMG_7851.JPG



IMG_7852.JPG          IMG_7853.JPG          IMG_7854.JPG          IMG_7855.JPG

IMG_7856.JPG          IMG_7857.JPG          IMG_7858.JPG          IMG_7859.JPG

IMG_7860.JPG          IMG_7861.JPG          IMG_7862.JPG          IMG_7863.JPG

IMG_7864.JPG          IMG_7865.JPG          IMG_7866.JPG          IMG_7867.JPG

IMG_7868.JPG          IMG_7869.JPG          IMG_7870.JPG          IMG_7871.JPG

IMG_7872.JPG          IMG_7873.JPG          IMG_7874.JPG          IMG_7875.JPG



IMG_7876.JPG



IMG_7877.JPG



IMG_7878.JPG



IMG_7879.JPG



IMG_7880.JPG



IMG_7881.JPG



IMG_7882.JPG



IMG_7883.JPG



IMG_7884.JPG

706 - 13999



706 - 13944



Edge of Pavement

**Market Street**

Edge of Pavement

706-13944
Fatal Traffic Crash
12/11/06
Standifer  758
"Not to Scale"

N Post

North
Driveway

S Post

48'-6''

Section "AA"
Section "AB"

Section "AA"
Section "AB"

Edge of Pavement

**Market Street**

Edge of Pavement

E

F A B
1998 Mercury Mystique
Unit #2
C D

Vehicle Path
Off Pavement

706-13944
Fatal Traffic Crash
12/11/06

Section "AA"

Section "AB"

Edge of Pavement

Edge of Pavement

**Market Street**

E

F  A⌐B

1998 Mercury Mystique
Unit #2

C⌐D

Vehicle Path
Off Pavement

706-13944
Fatal Traffic Crash
12/11/06
Standifer 758
"Not to Scale"

N

G

H

Fence

48'-0"

Section "AA"

Section "AB"

Section "AB"

Section "AC"

Section "AB"

Section "AC"

48'-0"

Edge of Pavement

Edge of Pavement

**Street**

I

J

Fence

Vehicle Path

706-13944



Edge of Pavement

Edge of Pavement

Fence

Vehicle Path
Off Pavement

Market Street

I
J

N
706-13944
Fatal Traffic Crash
12/11/06
Standifer 758
"Not to Scale"

ND Post

South
Driveway

SD Post

Vehicle Path
Off Pavement

Fence

K
L

Section "AC"
Section "AD"

ion "AC"
ion "AD"

Fence

Pavement

Pavement

et

706-13944

706-13744



706-13944
Fatal Traffic Crash
12/11/06
Standifer 758
"Not to Scale"

Section "AD"

Olympian Drive

Olympian Drive

Market Street

Market Street

Edge of Pavement

Edge of Pavement

Edge of Pavement

Edge of Pavement

Edge of Pavement

S1 Septic Pipe

Stop Sign

Stop Sign

SC Culvert

NC Culvert

Box Culvert (Under)

Skid Mark On Pavement

Volvo Semi-Tractor /w Trailer Unit #1

Fence

on "AD"

Table
706-13944
Fatal Traffic Crash
Market St/ Olympian Dr
12/11/06
Standifer 758

| Item | Description | Dist N | Dist S | Dist ND | Dist SD | Dist S1 | Dist NC | Dist SC |
|------|-------------|--------|--------|---------|---------|---------|---------|---------|
| A | Front D/S bumper | 137' | 116' | - | - | - | - | - |
| B | Front P/S bumper | 139' | 120' | - | - | - | - | - |
| C | Rear D/S bumper | 146' | 125' | - | - | - | - | - |
| D | Rear P/S bumper | - | - | - | - | - | - | - |
| E | Driver's door | 122' | 101' | - | - | - | - | - |
| F | Trim piece | 127' | 106' | - | - | - | - | - |
| G | Beginning of D/S skid | 182' | 156' | - | - | - | - | - |
| H | Beginning of P/S skid | 192' | 165' | - | - | - | - | - |
| I | End of D/S skid | - | - | 105' | 132' | - | - | - |
| J | End of P/S skid | - | - | 97' | 123' | - | - | - |
| K | Beginning of P/S skid | - | - | 90' | 64' | - | - | - |
| L | Beginning of D/S skid | - | - | 104' | 77' | - | - | - |
| M | Rear D/S bumper | - | - | - | - | 150' | 296' | - |
| N | Rear P/S bumper | - | - | - | - | 157' | 294' | - |
| O | Rear D/S drive wheel | - | - | - | - | 190' | - | - |
| P | Front D/S bumper | - | - | - | - | 214' | - | - |
| Q | Broken glass debris field | - | - | - | - | - | 123' | 154' |
| R | Weather stripping debris field | - | - | - | - | - | 150' | 181' |
| S | Weather stripping debris field | - | - | - | - | - | 141' | 161' |
| T | Piece of steel | - | - | - | - | - | 198' | 229' |
| U | Rear spoiler | - | - | - | - | - | 217' | 226' |
| V | Beginning of D/S skid | - | - | - | - | - | 98' | 131' |
| W | Beginning of P/S skid | - | - | - | - | - | 103' | 130' |
| X | Piece of door frame | - | - | - | - | - | 194' | 93' |

Note: All distances are approximate.

**E-FILED**
Thursday, 29 March, 2007  03:50:18 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | CASE NUMBER: 07 C 2006-MPM-DGB |
| Plaintiff,<br>v. | ASSIGNED JUDGE:  MICHAEL P. McCUSKEY |
| ALEXANDRU HORVAT and ROM TRUCKING,  a Missouri corporation, | DESIGNATED<br>MAGISTRATE JUDGE: DAVID G. BERNTHAL |
| Defendants. | |

**<u>PROTECTIVE ORDER</u>**

This cause coming to be heard on Motion of the Defendant, Alexandru Horvat, for entry of a protective order to preserve for certain evidence found during the investigation conducted by the Champaign County Police Department, the Illinois State Police Department and the Champaign County Fire Department of the decedent's motor vehicle following the subject occurrence, due notice having been given and the Court being fully advised on the premises:

It is hereby ordered, judged and decreed as follow:

1.       Defendant's Motion is granted;

2.       A protective order is hereby entered on any and all evidence extracted from the Plaintiff's motor vehicle following the subject occurrence as part of the investigation conducted by the Champaign Police Department, Champaign Fire Department and the Illinois State Police Department, including but not limited to, various narcotics and drug paraphernalia specifically identified in the Champaign Police Department Supplemental Report, attached hereto as Exhibit A;

3.        No party in this lawsuit or third-party shall destroy, alter, or dispose of any of the above evidence, including but not limited to, various narcotics and drug paraphernalia

specifically identified in the Champaign Police Department Supplemental Report, attached hereto as Exhibit A.

      4.      The parties, their attorneys, experts, agents, employees and others over whom may have control shall not, without prior express written agreement or a Court order, destroy, alter or dispose of the above evidence, including but not limited to, various narcotics and drug paraphernalia specifically identified in the Champaign Police Department Supplemental Report, attached hereto as Exhibit A.

      5.      This Protective Order shall remain in effect until further order of Court or by stipulation of all parties.

ENTER:

JUDGE               JUDGE'S NO.

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
312/368-4554
Attorney No. 45875

F:\Case\030301\12368\ORDER.PROTECTIVE ORDER-PROPOSED.doc