# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **STEEN BJERRE, individually and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased,** | )<br>)<br>)<br>) |
| **Plaintiff,** | ) |
| v. | )<br>) |
| **ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation,** | )<br>)<br>) |
| **Defendants.** | ) |

Case No. 07-2006

# PROTECTIVE ORDER

This cause coming to be heard on the Motion for Protective Order by Defendant Alexandru Horvat (#8) for entry of a protective order to preserve certain evidence found during the investigation conducted by the Champaign County Police Department, the Illinois State Police Department, and the Champaign County Fire Department of the decedent's motor vehicle following the subject occurrence, due notice having been given and the Court being fully advised on the premises:

**IT IS HEREBY ORDERED, JUDGED AND DECREED AS FOLLOW:**

1. The Motion for Protective Order by Defendant Alexandru Horvat **(#8)** is **GRANTED**;

2. A protective order is hereby entered on any and all evidence extracted from the Plaintiff's motor vehicle following the subject occurrence as part of the investigation conducted by the Champaign Police Department, Champaign Fire Department and the Illinois State Police Department, including but not limited to, various narcotics and drug paraphernalia specifically identified in the Champaign Police Department Supplemental Report, attached to the motion as Exhibit A;

3. No party in this lawsuit or third-party shall destroy, alter, or dispose of any of the above evidence, including but not limited to, various narcotics and drug paraphernalia

specifically identified in the Champaign Police Department Supplemental Report, attached to the motion as Exhibit A;

      4. The parties, their attorneys, experts, agents, employees and others over whom may have control shall not, without prior express written agreement or a Court order, destroy, alter or dispose of the above evidence, including but not limited to, various narcotics and drug paraphernalia specifically identified in the Champaign Police Department Supplemental Report, attached to the motion as Exhibit A; and

      5. This Protective Order shall remain in effect until further order of Court or by stipulation of all parties.

      ENTER this 23rd day of April, 2007.

                                      s/ DAVID G. BERNTHAL
                                      U.S. MAGISTRATE JUDGE