IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased,<br>　　　　　　　Plaintiff<br>vs.<br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri Corporation,<br>　　　　　　　Defendants. | Case No: 07 C 2006-MPM-DGB<br><br>Assigned Judge: Michael P. McCuskey<br><br>Designated Magistrate Judge:<br>David G. Bernthal |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSES

Now comes Plaintiff, Steen Bjerre, by his attorney, Gerald P. Rodeen, of Dilks, Rodeen & Gibson, Ltd., and for his Response to Defendants' Affirmative Defenses, states as follows:

1. He admits the allegations contained in Paragraph 1 of Defendants' First Affirmative Defense.

2. He denies the allegations contained in Paragraph 2 and all sub-parts thereof, of Defendants' First Affirmative Defense.

3. He denies the allegations contained in Paragraph 3 of Defendants' First Affirmative Defense.

4. He admits the allegations contained in Paragraph 1 of Defendants' Second Affirmative Defense.

5. He denies the allegations contained in Paragraph 2 of Defendants' Second Affirmative Defense.

6. He denies the allegations contained in Paragraph 3 of Defendants' Second Affirmative Defense.

7. He denies the allegations contained in Paragraph 4 of Defendants' Second Affirmative Defense.

8. He denies the allegations contained in Paragraph 5 of Defendants' Second Affirmative Defense.

9. He denies the allegations contained in Paragraph 6 of Defendants' Second Affirmative Defense.

10. He denies the allegations contained in Paragraph 7 of Defendants' Second Affirmative Defense.

11. He denies the allegations contained in Paragraph 8 of Defendants' Second Affirmative Defense.

12. He denies the allegations contained in Paragraph 9 of Defendants' Second Affirmative Defense.

WHEREFORE, Plaintiff prays that the Affirmative Defenses of the Defendants be stricken.

Date: _May 2_, 2007

                    Steen Bjerre, Individually and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased, Plaintiff

                    By _____
                    Gerald P. Rodeen, of
                    Dilks, Rodeen & Gibson, Ltd., his attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on _May 2_, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

*Via Automatic Electronic Mail only:*
Mr. Edward Leahy
Mr. Terry M. Lachcik
Leahy, Eisenberg and Fraenkel, Ltd.
161 N. Clark, Suite 1325
Chicago, IL 60657-3288
312-368-4554

e-mail: ejl@lefltd.com; tml@lefltd.com

Attorney for Defendants Alexandru Horvat and
ROM Trucking, a Missouri Corporation

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

                    _____
                    Gerald P. Rodeen

Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen & Gibson, Ltd.
Attorneys for Plaintiffs
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844