IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased,<br><br>      Plaintiff<br>vs.<br><br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri Corporation,<br><br>      Defendants. | Case No: 07 C 2006-MPM-DGB<br><br>Assigned Judge: Michael P. McCuskey<br><br>Designated Magistrate Judge: David G. Bernthal |

### CERTIFICATE OF SERVICE

Being first duly sworn upon oath, the undersigned deposes and states that the Plaintiff's Initial Disclosure Pursuant to FRCP 26 and all documents incorporated therein by reference were served upon:

Mr. Edward Leahy
Mr. Terry M. Lachcik
Leahy, Eisenberg and Fraenkel, Ltd.
161 N. Clark, Suite 1325
Chicago, IL 60657-3288

Attorneys for Defendants Alexandru Horvat and
ROM Trucking, a Missouri Corporation

by placing a true and correct copy thereof in a sealed envelope plainly addressed and mailing said envelope from a U.S. Post Office in Paxton, Illinois at approximately 5:00 p.m. on _____5/3_____, 2007.

_____
Marilyn K. Tyler

Subscribed and sworn to before me
this ___ day of _____, 2007.

_____
Notary Public

"OFFICIAL SEAL"
Karen Mach
Notary Public, State of Illinois
My Commission Exp. 01/23/2008

Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen & Gibson, Ltd.
Attorneys for Plaintiffs
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844