**E-FILED**
Thursday, 24 May, 2007   02:47:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased,<br>               Plaintiff<br>vs.<br><br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri Corporation,<br><br>               Defendants. | Case No: 07 C 2006-MPM-DGB<br><br>Assigned Judge: Michael P. McCuskey<br><br>Designated Magistrate Judge:<br>David G. Bernthal |

## PROOF OF SERVICE

State of Illinois     )
                           )    SS
County of Ford    )

Being first duly sworn upon oath, the undersigned deposes and states that Plaintiff's Response to Defendant's First Set of Interrogatories was served upon Mr. Edward Leahy and Mr. Terry M. Lachcik, Leahy, Eisenberg and Fraenkel, Ltd., 161 N. Clark, Suite 1325, Chicago, IL 60601-3288 by placing said document in an envelope securely sealed, properly addressed, and with first-class postage prepaid, and mailing said envelope from a United States Post Office box located in Paxton, Illinois at 5:00 p.m. on the 24 day of May, 2007.

_____
Marilyn K. Tyler

Subscribed and sworn to before me
this 24th day of _____, 2007
_____
Notary Public

Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen &Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844