IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased,<br><br>          Plaintiff<br>vs.<br><br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri Corporation,<br><br>          Defendants. | Case No: 07 C 2006-MPM-DGB<br><br>Assigned Judge: Michael P. McCuskey<br><br>Designated Magistrate Judge:<br>David G. Bernthal |

## CERTIFICATE OF SERVICE

I hereby certify that I served *Plaintiff's Response to Defendant's First Set of Interrogatories* upon Mr. Edward Leahy and Mr. Terry M. Lachcik, Leahy, Eisenberg and Fraenkel, Ltd., 161 N. Clark, Suite 1325, Chicago, IL 60601-3288 by placing said document in an envelope securely sealed, properly addressed, and with first-class postage prepaid, and mailing said envelope from a United States Post Office box located in Paxton, Illinois at 5:00 p.m. on the 24th day of May, 2007.

I further certify that on June _1_, 2007, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terry Mathew Lachcik     tml@lefltd.com
Reino C. Lanto, Jr.     rlanto@aol.com
Edward J. Leahy     ejl@lefltd.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: _None_

_____
Gerald P. Rodeen

Subscribed and sworn to before me
this _1_ day of _June_, 2007

_____
Notary Public

OFFICIAL SEAL
MARILYN K TYLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/15/10

Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen &Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844