E-FILED
Tuesday, 12 June, 2007  03:22:23 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | CASE NUMBER: 07 C 2006-MPM-DGB |
| Plaintiff, | ASSIGNED JUDGE:   MICHAEL P. MCCUSKEY |
| v. ALEXANDRU HORVAT and ROM TRUCKING,  a Missouri corporation, | DESIGNATED MAGISTRATE JUDGE: DAVID G. BERNTHAL |
| Defendants. | |

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY PURSUANT TO FRCP 6(b)(1) BY DEFENDANT ALEXANDRU HORVAT

NOW COMES the Defendant, Alexandru Horvat, by and through his attorneys, Leahy, Eisenberg & Fraenkel, Ltd. and pursuant to Federal Rule of Civil Procedure 6(b)(1) moves this Honorable Court for an enlargement of time within which to respond to discovery requests propounded by the Plaintiff in this matter and, in support of his Motion states:

1. On March 20, 2007 the Court entered a Discovery Order in this matter requiring that written discovery be completed on or before June 14, 2007.

2. Plaintiff propounded written interrogatories and a notice for production directed to Defendant on May 24, 2007.

3. Defendant is an over the road truck driver, and his occupation requires him to be away from home for extended periods of time.

4. Accordingly, Defendant respectfully requests an enlargement of time, to and including July 16, 2007, within which to respond to the Plaintiff's discovery requests.

5. This enlargement of time is not sought for the purpose of delaying the progress of this matter, nor will the enlargement, if granted, affect the schedule set forth in the Court's scheduling order of March 20, 2007.

WHEREFORE, Defendant Alexandru Horvat prays for entry of an order granting an enlargement of time, to and including July 16, 2007, within which to respond to Plaintiff's written discovery requests, and for any other relief appropriate in the circumstances.

Dated this 12th day of June, 2007.

Respectfully submitted,

/s/ Terry M. Lachcik
Terry M. Lachcik      Bar No. 6199960

One of the Attorneys for Defendant,
ALEXANDER HORVAT

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: tml@lefltd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2007, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

*Via Automatic Electronic Mail only*
Gerald P. Rodeen
Reino C. Lanto, Jr.
Dilks Rodeen & Gibson, Ltd.
146 N. Market Street
P.O. Box 48
Paxton, IL 60957
(217) 379-4373
E-Mail: grodeen@drgltd.com; rlanto@aol.com; mtyler@drgltd.com

*Attorney for Steen Bjerre, Independently and as Independent*
*Administrator of the Estate of Rita Billings-Bjerre, Deceased*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                    /s/ Terry M. Lachcik
                    Terry M. Lachcik    Bar No. 6199960

                    Attorneys for Defendant,
                    ALEXANDER HORVAT

                    LEAHY, EISENBERG & FRAENKEL, LTD.
                    161 North Clark Street, Suite 1325
                    Chicago, Illinois 60601
                    (312) 368-4554
                    (312) 368-4562 Fax
                    E-Mail: tml@lefltd.com