E-FILED
Monday, 16 July, 2007  03:35:51 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased<br><br>Plaintiff,<br>v.<br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation,<br><br>Defendants. | CASE NUMBER: 07 C 2006-MPM-DGB<br><br>ASSIGNED JUDGE:   MICHAEL P. MCCUSKEY<br><br>DESIGNATED<br>MAGISTRATE JUDGE: DAVID G. BERNTHAL |

**SECOND MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY PURSUANT TO FRCP 6(b)(1) BY DEFENDANT ALEXANDRU HORVAT**

NOW COMES the Defendant, Alexandru Horvat, by and through his attorneys, Leahy, Eisenberg & Fraenkel, Ltd. and pursuant to Federal Rule of Civil Procedure 6(b)(1) moves this Honorable Court for an enlargement of time within which to respond to discovery requests propounded by the Plaintiff in this matter and, in support of his Motion states:

1.   The Defendant in this matter, Alexandru Horvat, is an over the road truck driver.

2.   On Defendant's prior motion, the Court granted Defendant until July 16, 2007 within which to respond to Plaintiff's written discovery requests.

3.   Counsel has prepared draft responses to Plaintiff's discovery requests, and sent them to Defendant for review, but to date, because of Mr. Horvat's occupation, he has been unable to return the executed responses to counsel.

4.   On July 16, 2007 Defendant's counsel attempted to contact Plaintiff's counsel to discuss this matter, but was advised that Plaintiff's counsel is out of the office until July 23, 2007.

5.   Accordingly, Defendant respectfully requests a two week enlargement of time, to and including July 30, 2007, within which to respond to the Plaintiff's discovery

requests.

6. This enlargement of time is not sought for the purpose of delaying the progress of this matter, nor will the enlargement, if granted, affect the remainder of the discovery schedule set forth in the Court's scheduling order of March 20, 2007.

WHEREFORE, Defendant Alexandru Horvat prays for entry of an order granting an enlargement of time, to and including July 30, 2007, within which to respond to Plaintiff's written discovery requests, and for any other relief appropriate in the circumstances.

Dated this 16th day of July, 2007.

Respectfully submitted,

/s/ Terry M. Lachcik
Terry M. Lachcik    Bar No. 6199960

One of the Attorneys for Defendant,
ALEXANDER HORVAT

LEAHY, EISENBERG & FRAENKEL, LTD.
161 North Clark Street, Suite 1325
Chicago, Illinois 60601
(312) 368-4554
(312) 368-4562 Fax
E-Mail: tml@lefltd.com

## CERTIFICATE OF SERVICE

   I hereby certify that on <u>July 16, 2007</u>, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

*Via Automatic Electronic Mail only*
Gerald P. Rodeen
Reino C. Lanto, Jr.
Dilks Rodeen & Gibson, Ltd.
146 N. Market Street
P.O. Box 48
Paxton, IL 60957
(217) 379-4373
E-Mail: grodeen@drgltd.com; rlanto@aol.com; mtyler@drgltd.com

*Attorney for Steen Bjerre, Independently and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

             /s/ Terry M. Lachcik
             Terry M. Lachcik  Bar No. 6199960

             Attorneys for Defendant,
             ALEXANDER HORVAT

             LEAHY, EISENBERG & FRAENKEL, LTD.
             161 North Clark Street, Suite 1325
             Chicago, Illinois 60601
             (312) 368-4554
             (312) 368-4562 Fax
             E-Mail: tml@lefltd.com

F:\Case\030301\12368\PLEADINGS\MOTION-EXTENSION OF TIME RE-DISC 2.doc