IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased,<br>    Plaintiff<br>vs.<br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri Corporation,<br>    Defendants. | Case No: 07 C 2006-MPM-DGB<br><br>Assigned Judge: Michael P. McCuskey<br><br>Designated Magistrate Judge:<br>David G. Bernthal |

## NOTICE OF DISCOVERY DEPOSITION

YOU ARE HEREBY NOTIFIED that on the 27th day of September 2007 at 11:00 a.m., the discovery deposition of Defendant, Alexandru Horvat will be taken, which deposition will be conducted at Area Wide Reporting Service, 301 W. White St., Champaign, Illinois; that said deposition will be taken upon oral interrogatories before an officer authorized by law to take depositions in like cases.

DATED this 7 day of Sept. 2007.

Steen Bjerre, Individually and as Independent Administrator of The Estate of Rita Billings-Bjerre, Deceased, Plaintiff

By _____
Gerald P. Rodeen, of
Dilks, Rodeen & Gibson, Ltd., his attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on Sept 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terry Mathew Lachcik   tml@lefltd.com
Reino C. Lanto, Jr.   rlanto@aol.com
Edward J. Leahy   ejl@lefltd.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:   None

_____
Gerald P. Rodeen

Subscribed and sworn to before me this 7 day of Sept., 2007

_____
Notary Public

Gerald P. Rodeen; Reg. No. 2361728
Dilks, Rodeen & Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48; Paxton, IL 60957
Telephone: 217-379-4373; Facsimile: 217-379-2844