UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-

   Plaintiff,

v.

EXANDRU HORVAT and ROM TRUCKING, a Missouri corporation,

   Defendant.

No. 07-C-2006-MPM-DGB

ASSIGNED JUDGE: MICHAEL P. McCUSKEY

DESIGNATED MAGISTRATE JUDGE: DAVID G. BERNTHAL

**NOTICE OF CHANGE OF FIRM ADDRESS**

 **NOW COMES** Leahy, Eisenberg & Fraenkel, Ltd., and hereby gives notice that the Chicago Office address has changed to the following:

   Leahy, Eisenberg & Fraenkel, Ltd.
   33 W. Monroe Street, Suite 1100
   Chicago, IL 60603-5317

   (312) 368-4554 telephone
   (312) 368-4562 facsimile

Please forward all correspondence relating to this case to our new location. Our Chicago phone and fax numbers will remain the same. Our Joliet office address, phone number, and fax number also remain the same.

   LEAHY, EISENBERG & FRAENKEL, LTD.

  By: s/ Edward J. Leahy
    Edward J. Leahy
    Leahy, Eisenberg & Fraenkel, Ltd.
    33 West Monroe Street, Suite 1100
    Chicago, IL 60603-5317
    (P) 312-368-4554
    (F) 312-368-4562
    ejl@lefltd.com
    ARDC #06194671

## CERTIFICATE OF SERVICE

     I hereby certify that on February 11, 2008, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, using the CM/ECF system which will send notification of such filing to the following:

*Via Automatic Electronic Mail only*
Gerald P. Rodeen
Reino C. Lanto, Jr.
Dilks Rodeen & Gibson, Ltd.
146 N. Market Street
P.O. Box 48
Paxton, IL 60957
(217) 379-4373
E-Mail: grodeen@drgltd.com; rlanto@aol.com; mtyler@drgltd.com

*Attorney for Steen Bjerre, Independently and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                                            /s/ Terry M. Lachcik
                                            Terry M. Lachcik     Bar No. 6199960

                                            Attorneys for Defendant,
                                            ALEXANDER HORVAT

                                            LEAHY, EISENBERG & FRAENKEL, LTD.
                                            33 West Monroe Street, Suite 1100
                                            Chicago, Illinois 60603-5317
                                            (312) 368-4554
                                            (312) 368-4562 Fax
                                            E-Mail: tml@lefltd.com