IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

STEEN BJERRE, Individually and as )
Independent Administrator of )
THE ESTATE OF RITA BILLINGS-BJERRE, ) Case No: 2:07-CV-02006-MPM-DGB
Deceased, )
        Plaintiff )
         ) Assigned Judge: Michael P. McCuskey
vs. )
         ) Designated Magistrate Judge:
ALEXANDRU HORVAT and ) David G. Bernthal
ROM TRUCKING, a Missouri Corporation, )
         )
        Defendants. )

### CERTIFICATE OF SERVICE

I hereby certify that I served *Plaintiff's Supplemental Response to Defendant's First Request to Produce* upon Mr. Edward Leahy and Mr. Terry M. Lachcik, Leahy, Eisenberg and Fraenkel, Ltd., 33 W. Monroe St., Suite 1100 Chicago, IL 60603-5317 by placing said document in an envelope securely sealed, properly addressed, and with first-class postage prepaid, and mailing said envelope from a United States Post Office box located in Paxton, Illinois at 5:00 p.m. on the __3__ day of April, 2008.

I further certify that on April __3__, 2008, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terry Mathew Lachcik    tml@lefltd.com
Reino C. Lanto, Jr.    rlanto@aol.com
Edward J. Leahy    ejl@lefltd.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:   __None__

                                                            /s/ Gerald P. Rodeen
                                                              Gerald P. Rodeen

Subscribed and sworn to before me
this __3__ day of __April__, 2008

__Marilyn K Tyler__
Notary Public

OFFICIAL SEAL
MARILYN K TYLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-15-10

Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen & Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile: 217-379-2844