E-FILED
Monday, 21 April, 2008 09:48:52 AM
Clerk, U.S. District Court, ILCD

# U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 2006-MPM-DGB |
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased | Hon. Judge MICHAEL P. McCUSKEY <br> Mag. Judge DAVID G. BERNTHAL |
| v. | |
| ALEXANDRU HORVAT and ROM TRUCKING, a Missouri corporation, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ALEXANDRU HORVAT and ROM TRUCKING**

| |
|---|
| NAME (Type or print) <br> Jeffrey S. Pavlovich |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Jeffrey S. Pavlovich |
| FIRM <br> Leahy, Eisenberg & Fraenkel, Ltd. |
| STREET ADDRESS <br> 33 W. Monroe Street, Suite 1100 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6205413 | TELEPHONE NUMBER <br> (312) 368-4554 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES     NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES     NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X  NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> ~~RETAINED COUNSEL~~ ☐     ~~APPOINTED COUNSEL~~ ☐     Not Applicable | |

F:\Case\030301\12368\APPEARANCE-JSP.doc