IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased,<br>        Plaintiff<br>vs.<br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri Corporation,<br>        Defendants. | Case No: 2:07-cv-02006-MPM-DGB<br><br>Assigned Judge: Michael P. McCuskey<br><br>Designated Magistrate Judge:<br>David G. Bernthal |

## MOTION TO DISMISS

Now comes the Plaintiff, Steen Bjerre, individually and as Independent Administrator of the Estate of Rita Billings-Bjerre, Deceased, by Dilks, Rodeen & Gibson, Ltd., her attorneys, and represents unto this Honorable Court that all matters in dispute between the parties have been resolved, and that this cause should be dismissed with prejudice.

        Steen Bjerre, Individually and as Independent
        Administrator of The Estate of Rita Billings-Bjerre,
        Deceased, Plaintiff

        By _____
        Gerald P. Rodeen, of Dilks, Rodeen & Gibson, Ltd.,
        his attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terry Mathew Lachcik        tml@lefltd.com
Reino C. Lanto, Jr.         rlanto@aol.com
Edward J. Leahy             ejl@lefltd.com
Jeffrey Pavlovich           jsp@lefltd.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:    __None__

                                                _____
                                                Gerald P. Rodeen

Subscribed and sworn to before me
this __4__ day of __September__, 2008

_____
Notary Public

OFFICIAL SEAL
MARILYN K TYLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/15/10

Gerald P. Rodeen; Reg. No. 2361728
Dilks, Rodeen &Gibson, Ltd., Attorneys for Plaintiff
146 N. Market St., PO Box 48; Paxton, IL 60957
Telephone: 217-379-4373; Facsimile: 217-379-2844

Z:\TM-WP\G06-115\Mtn to Dismiss.WPD