IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEEN BJERRE, Individually and as Independent Administrator of THE ESTATE OF RITA BILLINGS-BJERRE, Deceased,<br>           Plaintiff<br>vs.<br><br>ALEXANDRU HORVAT and ROM TRUCKING, a Missouri Corporation,<br><br>           Defendants. | Case No: 2:07-cv-02006-MPM-DGB<br><br>Assigned Judge: Michael P. McCuskey<br><br>Designated Magistrate Judge:<br>David G. Bernthal |

# ORDER

This cause coming on for hearing upon Plaintiff's Motion to Dismiss (#26), and the Court having been fully advised in the premises, FINDS that all matters in dispute between the parties have been resolved.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED**, that the Motion to Dismiss **(#26)** is **GRANTED** and this cause shall be and is hereby dismissed with prejudice. The status conference scheduled before the Honorable Chief District Judge McCuskey for September 5, 2008, at 1:15 p.m. is vacated.

ENTER this 4th day of September, 2008.

                                                      s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE

Prepared by:
Gerald P. Rodeen
Reg. No. 2361728
Dilks, Rodeen &Gibson, Ltd.
Attorneys for Plaintiff
146 N. Market St., PO Box 48
Paxton, IL 60957
Telephone: 217-379-4373
Facsimile:   217-379-2844